UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PROPET USA, INC., ) | CASE NO. C06-0186-MAT |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER GRANTING DEFENDANT'S |
| ) | MOTION TO EXTEND DEADLINE |
| LLOYD SHUGART, ) | FOR JOINING ADDITIONAL |
| ) | PARTIES |
| Defendant. ) | |
| ) | |

Defendant filed a Motion to Extend Deadline for Joining Additional Parties. (Dkt. 16.) Plaintiff does not object to defendant's request. (Dkt. 18.) Having considered defendant's unopposed motion, the Court hereby finds and ORDERS:

(1) Defendant's motion is GRANTED. The deadline for joining additional parties is extended thirty days to **July 24, 2006.**

(2) The Clerk is directed to send copies of this Order to counsel for plaintiff and defendant.

DATED this 29th day of June, 2006.

Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING DEFENDANT'S MOTION TO EXTEND
DEADLINE FOR JOINING ADDITIONAL PARTIES
PAGE -1