Honorable Mary Alice Theiler

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PROPET USA, INC.,<br><br>              Plaintiff,<br><br>v.<br><br>LLOYD SHUGART,<br><br>              Defendant. | NO. C06-0186 MAT<br><br>ORDER GRANTING DEFENDANT'S THIRD MOTION TO EXTEND DEADLINE FOR JOINING ADDITIONAL PARTIES<br><br>Note on Motion Calendar: August 31, 2006 |

THIS MATTER came before the Court on defendant's Third Motion to Extend Deadline for Joining Additional Parties. The Court has considered the arguments of counsel and reviewed the records and files herein, including:

1. Defendant's AGREED Third Motion to Extend Deadline for Joining Additional Parties.

NOW, THEREFORE, it is hereby ORDERED, ADJUDGED, and DECREED that Defendant Shugart's Third Motion to Extend Deadline for Joining Additional Parties is

ORDER GRANTING THIRD MOTION TO EXTEND DEADLINE FOR JOINING ADDITIONAL PARTIES
C06-0186 MAT– 1

**CARNEY**
**BADLEY**
**SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
701 FIFTH AVENUE, #3600
SEATTLE, WA 98104-7010
FAX (206) 467-8215
TEL (206) 622-8020

SHU008 0001 hh302404 9/5/06

1  GRANTED, and the deadline shall be extended two months from (~~August 30, 200~~) August

2  22, 2006, to October 30, 2006.

3      DONE IN OPEN COURT this 5th day of September, 2006.

4                                           s/ Mary Alice Theiler
                                         United States Magistrate Judge

5

6

7  Presented by:

8  CARNEY BADLEY SPELLMAN P.S.

9

10  /s Jon A. Payne
Jon A. Payne, WSBA #26541
Attorneys for Defendant Shugart

11  701 Fifth Avenue, Suite 3600
Seattle, WA  98104

12  Telephone:  206-622-8020
Facsimile No. 206-467-8215

13  E-mail:  payne@carneylaw.com

14

15

16

17

18

19

20

21

ORDER GRANTING THIRD MOTION
TO EXTEND DEADLINE FOR
JOINING ADDITIONAL PARTIES
C06-0186 MAT– 2

**CARNEY BADLEY SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
701 FIFTH AVENUE, #3600
SEATTLE, WA 98104-7010
FAX (206) 467-8215
TEL (206) 622-8020

SHU008 0001 hh302404 9/5/06