01

02

03

04 UNITED STATES DISTRICT COURT

05 WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

06 PROPET USA, INC.,                          )   CASE NO. C06-0186-MAT
                                             )
07         Plaintiff,                        )
                                             )
08     v.                                    )   ORDER GRANTING JOINT MOTION
                                             )   FOR PARTIAL RECONSIDERATION
09 LLOYD SHUGART,                            )   OF ORDER DENYING MOTION FOR
                                             )   EXTENSION OF TIME
10         Defendant.                        )
   _____  )

11

12         The Court previously denied an agreed motion to extend case deadlines upon finding that

13 the requested deadlines impinged upon the trial schedule.  (Dkt. 25.)  The parties now submit a

14 joint motion for partial reconsideration of the Court's Order.  (Dkt. 26.)  In the current motion,

15 the parties withdraw their previous request for an extension of the deadline for dispositive motions

16 and restrict their request to extension of the deadlines for joining additional parties, designating

17 experts, and completing discovery.  All of the requested deadlines predate the April 9, 2007 trial

18 date.  Having considered this joint motion, the Court hereby finds and ORDERS:

19         (1)      The parties' joint motion for partial reconsideration is GRANTED.  The case

20 deadlines in this case are hereby modified as follows:

21               (a)      Joining additional parties – December 30, 2006;

22               (b)      Designating experts – February 6, 2007; and

ORDER GRANTING JOINT MOTION FOR PARTIAL
RECONSIDERATION OF ORDER DENYING MOTION FOR
EXTENSION OF TIME
PAGE -1

01                 (c)     Completing discovery – March 2, 2007.

02         (2)     The Clerk is directed to send copies of this Order to counsel for plaintiff and

03 defendant.

04         DATED this <u>13th</u> day of December, 2006.

05

06                                     Mary Alice Theiler
United States Magistrate Judge

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER GRANTING JOINT MOTION FOR PARTIAL
RECONSIDERATION OF ORDER DENYING MOTION FOR
EXTENSION OF TIME
PAGE -2