Honorable Mary Alice Theiler

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| PROPET USA, INC., <br><br> Plaintiff, <br><br> v. <br><br> LLOYD SHUGART, <br><br> Defendant. | No. C06-0186 MAT <br><br> [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO OWNERSHIP OF COPYRIGHTS |

Defendant Lloyd Shugart ("Mr. Shugart") has moved this Court for partial summary judgment that he is and remains the legal owner of all copyrights in and to the various photographs that make up the subject matter of this action.

Having considered all support and opposition to Defendant Lloyd Shugart's motion, and finding the motion meritorious,

IT IS HEREBY ORDERED THAT;

1. Mr. Shugart is, and at all relevant times has been, the owner of all right, title and interest in and to the copyrights in the various photographic images that are the subject

//

//

//

(C06-0186-MAT) - 1
Motion For Partial Summary Judgment

**MANN LAW GROUP**
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
TELEPHONE: 206.274.5100

1  matter of this action.

2        SO ORDERED this \_\_\_\_ day of _____, 2007.

5        Honorable Mary Alice Theiler

7  Presented by:

10 s/Philip P. Mann_____
   Philip P. Mann, WSBA No: 28,860
11 1420 Fifth Avenue, Suite 2200
   Seattle, WA 98101
12 (206) 274-5100
   *phil@mannlawgroup.com*

14 One of the Attorneys for Defendant Lloyd Shugart.

(C06-0186-MAT) - 2
Motion For Partial Summary Judgment – Proposed Order

**MANN LAW GROUP**
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
TELEPHONE: 206.274.5100

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of February, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Bruce A. Kaser    bruce@vantagelaw.net
James L. Phillips    james.phillips@millernash.com,

Executed on February 5, 2007.

/s/ Philip P. Mann

Philip P. Mann, WSBA No: 28,860
1420 Fifth Avenue, Suite 2200
Seattle, Washington  98101
(206) 274-5100
*phil@mannlawgroup.com*

(C06-0186-MAT) - 3
Motion For Partial Summary Judgment – Proposed Order

**MANN LAW GROUP**
1420 Fifth Avenue, Suite 2200
Seattle, WA  98101
TELEPHONE:  206.274.5100