Honorable Mary Alice Theiler

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PROPET USA, INC., <br><br> Plaintiff, <br><br> v. <br><br> LLOYD SHUGART <br><br> Defendants. | Case No. C06-0186MAT <br><br> **DECLARATION OF BRUCE A. KASER IN SUPPORT OF PLAINTIFF PROPET'S MOTION FOR SUMMARY JUDGMENT** |

I, Bruce A. Kaser, hereby declare as follows:

1. I have personal knowledge of the facts contained in this declaration and am competent to testify to the same.

2. Attached as Exhibit A is a copy of a pro se declaration filed by Lloyd Shugart in Mason County Superior Court (Case No. 89-3-00177-0) in or about November 2006.

3. Attached as Exhibit B is a copy of Lloyd Shugart's deposition transcript, taken in the present case.

4. Attached as Exhibit C is a copy of Lloyd Shugart's website. This document was attached as an exhibit to the declaration of Bruce O'Danielson, filed in Mason County Superior Court (Case No. 89-3-00177-0) on or about October 23, 2006.

5. Attached as Exhibit D is a copy of another declaration filed by Lloyd Shugart in Mason County Superior Court (Case No. 89-3-00177-0) on or about January 9, 2007.

6. Attached as Exhibit E is a copy of a declaration submitted by Mr. Bruce O'Danielson in U.S. Bankruptcy Court, Case No. 07-10250-KAO.

7. Attached as Exhibit F is a copy of Exhibits 10 – 12 and 14 from defendant Lloyd Shugart's FRCP Rule 26 Disclosures.

8. Attached as Exhibit G is a copy of documents identified by bates numbers Prop-000012-14, 36, 182, and 191-192 from plaintiff Propet's FRCP Rule 26 Disclosures. I certify that I have asked Propet to search for and produce, and we have delivered to opposing counsel, every document and photograph that Propet can reasonably identify that relates to this matter.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

EXECUTED this 8th day of March, 2007.

_____
Bruce A. Kaser

DECLARATION OF BRUCE A. KASER IN SUPPORT OF
PLAINTIFF PROPET'S REPLY TO DEFENDANT
SHUGART'S OPPOSITION

2

VANTAGE LAW PLLC
355 NW GILMAN BLVD, SUITE 203
ISSAQUAH, WA 98027
(425) 391-8741

Case 2:06-cv-00186-MAT   Document 43   Filed 03/09/07   Page 3 of 3

**CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2007, I electronically filed PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, DECLARATION OF BRUCE A. KASER IN SUPPORT OF PLAINTIFF PROPET'S MOTION FOR SUMMARY JUDGMENT and DECLARATION OF JACK HAWKINS IN SUPPORT OF PROPET'S MOTION FOR SUMMARY JUDGMENT with the Clerk of Court, using the CM/ECF system which will send notification of such filing to the following:

> Philip P. Mann
> Mann Law Group
> 1420 Fifth Avenue, Suite 2200
> Seattle, Washington 98101
> e-mail: phil@mannlawgroup.com

Miller Nash LLP

*Sandra Stepper*
Sandra Stepper
Secretary to James L. Phillips

Certificate of Service