01

02

03

04

05

06                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
07                              AT SEATTLE

08  PROPET USA, INC.,                    )    CASE NO. C06-0186-MAT
                                         )
09          Plaintiff,                   )
                                         )
10      v.                               )    ORDER RENOTING DEFENDANT'S
                                         )    MOTION TO PROCEED FIRST
11  LLOYD SHUGART,                       )
                                         )
12          Defendant.                   )
    _____     )

13

14          Defendant filed a Motion to Proceed First at the trial scheduled to begin on September 24,

15  2007. (Dkt. 85)  Defendant noted this motion for two Fridays after the date of filing (the same

16  noting date for the motions *in limine*), however the court's Local Rules, specifically CR 7(d)(3),

17  require that motions not specifically identified in CR 7(d)(1) and (2) must be noted for three

18  Fridays out.  Therefore, the court RENOTES defendant's Motion to Proceed First for Friday,

19  September 14, 2007.  Plaintiff's opposition response is due by September 10, 2007, and

20  defendant's reply by the noting date itself.

21          The parties are also reminded of the schedule for the pending    *in limine* motions.

22  Opposition responses are due by Tuesday, September 4, 2007 (the preceding Monday is a

ORDER RENOTING DEFENDANT'S
MOTION TO PROCEED FIRST
PAGE -1

01 holiday), and replies are again due by the noting date itself.

02      DATED this <u>27th</u> day of August, 2007.

03

04 Mary Alice Theiler
United States Magistrate Judge

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER RENOTING DEFENDANT'S
MOTION TO PROCEED FIRST
PAGE -2