UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| PROPET USA, INC., | ) | CASE NO. C06-0186-MAT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER RE: MEDIATION |
| | ) | |
| LLOYD SHUGART, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This case is currently set for a 5-day jury trial commencing September 24, 2007. The parties were ordered by this court to participate in the alternative dispute resolution program authorized by CR 39.1 no later than August 20, 2007, but were unable to agree on a mediator and asked for the assistance of the court. After three CR 39.1 panel members were designated by the court as potential mediators, the parties agreed on Thomas Brewer. The parties now advise that they are unable to agree on the method for paying the expense of mediation.

The parties could have selected a mediator by agreement, including a *pro bono* mediator, but were unable to do so. If a fee is charged by the mediator chosen from those designated by the court, the fee will be shared equally by the two parties.

ORDER RE: MEDIATION
PAGE -1

01    A copy of this Order shall be provided to all counsel of record.

02    DATED this 27th day of August, 2007.

03

04                                          /s/ Mary Alice Theiler
                                            Mary Alice Theiler
                                            United States Magistrate Judge

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER RE: MEDIATION
PAGE -2