Honorable Mary Alice Theiler

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PROPET USA, INC.,

    Plaintiff,

  v.

LLOYD SHUGART,

    Defendant.

Case No. C06-0186 MAT

PRETRIAL ORDER

  The parties, through their respective counsel, and pursuant to CR 16, hereby submit the following pretrial order.

## **FEDERAL JURISDICTION**

  Propet's action is brought pursuant to 17 U.S.C. § 101 *et seq.*, and 28 U.S.C. § 2201.

## I. **CLAIMS AND DEFENSES**

  Plaintiff Propet USA, Inc. will pursue at trial the following claims:

  Propet seeks a declaratory judgment that Propet is licensed to use the photographs Propet paid for and to use them in all reasonable ways related to Propet's

PRETRIAL ORDER - 1
(C06-0186 MAT)

**MILLER NASH** LLP
ATTORNEYS AT LAW
TELEPHONE: (206) 622-8484
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE, WASHINGTON 98101-2352

SEADOCS:289719.5

business including the right to provide Shugart's photographs of Propet shoes to third party users for the purpose of advertising Propet shoe products. Propet also seeks an injunction prohibiting Shugart from selling or offering for sale any Propet photographs on E-bay; prohibiting Shugart from transferring any right, title or interest in Propet's photographs to third parties without advance written approval, and prohibiting Shugart from threatening Propet's customers with copyright infringement actions.

As to Shugart's claims, Propet maintains that Shugart's claims are barred by his failure to apply for and obtain copyright registrations in timely fashion, waiver, unclean hands, and the statute of limitations. Propet also denies willful conduct of any kind and denies that Shugart is entitled to attorney fees.

The Defendant Mr. Lloyd Shugart will pursue the following claims:

Propet has willfully infringed Mr. Shugart's copyrights in various images he supplied to Propet. Propet has also violated Mr. Shugart's rights under the Digital Millennium Copyright Act by, *inter alia*, removing Mr. Shugart's copyright notices from digital images Mr. Shugart provided to Propet. Propet has unlawfully retained possession of, and refused to return to Mr. Shugart original images provided by Mr. Shugart to Propet. Mr. Shugart seeks damages, including but not limited to those available under 17 U.S.C. § 504, § 1203, and § 1202 *et seq*. Mr. Shugart also seeks the return of all his original images (*i.e.*, films, negatives, CDs containing electronic images, etc.) or, monetary damages for Propet's failure to return such materials. Mr. Shugart also seeks an injunction enjoining Propet from directly or indirectly infringing Shugart's rights in his images, including without limitation the displaying of the images in catalogues or websites, distributing any of Mr. Shugart's images, or encouraging third parties to make use of Mr. Shugart's images. Mr. Shugart seeks his reasonable attorneys fees.

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (206) 622-8484
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE, WASHINGTON 98101-2352

SEADOCS:289719.5

## II. NONDISPUTED FACTS

1. Propet sells and distributes Propet brand shoes throughout the United States. Propet advertises its shoes in various media outlets that require photographs.
2. From 1999-2005 Propet regularly had Shugart take photographs.
3. Shugart invoiced Propet for his services on a per-project basis.
4. From 2003-2005, Propet paid Shugart in excess of $100,000. All Shugart invoices were paid.

## III. FACTUAL CONTENTIONS

Propet U.S.A., Inc. contends as follows:

1. Shugart's claimed film delivery memo was never authorized or agreed to by Propet.
2. Shugart's film delivery memo was not provided to Propet on either all or substantially all of the deliveries of film.
3. In 2005, Propet terminated its relationship with Shugart.
4. Shugart never complained to Propet about how Propet was using his photographs until after the relationship was terminated.
5. In January 2006, Shugart informed Propet that he was offering to sell on E-bay photographs of Propet shoes. He offered to sell the shoe photographs for $1,300,000.
6. On January 25, 2006, Shugart demanded Propet pay a sum of money or he would retain an attorney and bring suit.
7. No written agreement was entered into between the parties.

Mr. Shugart contends as follows:

8. Mr. Shugart provided a Film Delivery Memo with all invoices sent to Propet.

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (206) 622-8484
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE, WASHINGTON 98101-2352

SEADOCS:289719.5

9. Mr. Shugart sealed each set of film delivered to Propet with a seal giving notice of the Film Delivery Memo.

10. Propet was aware of and accepted the terms of the Film Delivery Memo.

11. Under the terms of its agreement Propet could only use Mr. Shugart's images for a maximum period of 2 years following delivery.

12. Under the terms of its agreement with Mr. Shugart, Propet was not authorized to permit others to use Mr. Shugart's images.

13. Under the terms of its agreement with Mr. Shugart, Propet was not authorized to use Mr. Shugart's images outside the United States.

14. Propet has violated the terms of its agreement with Mr. Shugart, *inter alia*, using Mr. Shugart's images for more than 2 years following delivery, permitting others to use Mr. Shugart's images, and using Mr. Shugart's images outside the United States.

15. Under the terms of its agreement with Mr. Shugart, Propet was and remains obligated to return to Mr. Shugart all original images (*i.e.*, negatives, etc.) provided by Mr. Shugart to Propet.

16. Propet has violated its obligations to Mr. Shugart by failing to return all such images to Mr. Shugart despite Mr. Shugart's demand that Propet do so.

17. Mr. Shugart provided certain of his images to Propet in electronic form wherein Mr. Shugart's notice of his copyright ownership was electronically embedded.

18. Propet violated Mr. Shugart's rights under 17 U.S.C. § 2202 by, *inter alia*, removing from such images Mr. Shugart's notice of copyright ownership.

19. Mr. Shugart has registered his copyright in the subject images with the United States Copyright Office.

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (206) 622-8484
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE, WASHINGTON 98101-2352

SEADOCS:289719.5

20. Mr. Shugart has been damaged by, *inter alia*, Propet's failure to honor its obligations under its agreement with Mr. Shugart, its willful infringement of Mr. Shugart's copyright rights, and its failure to return Mr. Shugart's images following such demand.

21. Propet has enjoyed substantial profits as a result of its willful infringement of Mr. Shugart's copyrights.

22. A written agreement was entered into between the parties.

## IV. ISSUES OF LAW

The following are issues of law to be determined by the court:

Propet USA, Inc. contends the issue of law are:

23. Whether a declaratory judgment should issue granting Propet an unlimited nonexclusive license to use the Propet shoe photographs in any reasonable business way.

24. Whether an injunction should issue enjoining Shugart from selling or offering for sale any Propet photographs on e-Bay; transferring any right, title or interest in Propet's photographs to third parties without advance written approval, and threatening Propet's customers with copyright infringement actions.

25. Whether Shugart's claims are barred by the doctrines of estoppel, waiver, unclean hands, unjust enrichment and the statute of limitations.

26. Whether Shugart's claims are limited because of his failure to register copyrights.

27. Whether Shugart is entitled to attorney fees.

Mr. Shugart contends the issues of law are:

28. Whether Mr. Shugart is entitled to his actual damages and any additional profits of Propet attributable to Propet's infringements of Mr. Shugart's copyright as provided by 17 U.S.C. § 504(a) and (b).

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (206) 622-8484
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE, WASHINGTON 98101-2352

SEADOCS:289719.5

29. Whether Mr. Shugart is entitled to statutory damages as provided in 17 U.S.C. § 504(c).

30. Whether as a result of Propet's willful infringement of Mr. Shugart's copyrights Propet should be enjoined as provided under 17 U.S.C. § 502.

31. Whether as a result of Propet's willful infringement of Mr. Shugart's copyrights the infringing articles should be impounded and disposed of as provided under 17 U.S.C. § 503.

32. Whether, as a result of Propet's circumvention of the copyright protection systems included in Mr. Shugart's digital images, Mr. Shugart is entitled to the remedies provided under 17 U.S.C. § 1203.

33. Whether Mr. Shugart is entitled to attorneys fees and costs under 17 U.S.C. § 505 and § 1203.

## V. EXPERT WITNESSES

Each party shall be limited to 0 expert witnesses.

## VI. OTHER WITNESSES

The names and addresses of witnesses, other than experts, to be used by each party at the time of trial and the general nature of the testimony of each are:

(a) On behalf of Propet:

1. Jack Hawkins, c/o Miller Nash, 4400 Two Union Square, 601 Union Street, Seattle, Washington 98101. Will testify about aspects of this matter including the relationship between Propet and Shugart.

2. Lloyd Shugart, defendant, c/o Mann Law Group, 1420 Fifth Avenue, Suite 2200, Seattle, Washington 98101. Will testify about the nature and scope of the relationship.

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (206) 622-8484
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE, WASHINGTON 98101-2352

SEADOCS:289719.5

3. Jon A. Payne, lawyer, c/o Carney Badley Spellman, P.S., 701 Fifth Avenue, Suite 3600, Seattle Washington. May testify about materials related to the photographs.

4. Bruce Danielson, lawyer, 1001 4th Ave. Suite 3200, Seattle, WA. 98154. Will testify about Shugart's credibility.

5. Ken Vensell, c/o Miller Nash LLP, 601 Union Street, Seattle, WA 98101. Mr. Vensell is a photographer and will testify in response to Mr. Shugart's identification of photographs that allegedly infringe.

(b) On behalf of Mr. Shugart:

6. Lloyd Shugart, c/o Mann Law Group, 1420 Fifth Avenue, Suite 2200, Seattle, Washington 98101. Mr. Shugart will testify concerning the creation images, the subsequent use of the images by Propet, and his relationship with Propet.

7. Jon A. Payne, Carney Badley Spellman, P.S., 701 Fifth Avenue, Suite 3600, Seattle, Washington 98104. Mr. Payne may testify as to the open condition of the film delivery box when it was returned to him by Propet.

8. Ken Johnson, Propet USA, 25612 74th Avenue So., Kent, Washington 98032. Mr. Johnson may testify concerning images created by Mr. Shugart, the subsequent use of the images by Propet, and Mr. Shugart's relationship with Propet.

9. Bruce Kaser, Vantage Law PLLC, 355 NW Gilman Blvd., Suite 203, Issaquah, Washington 98027. Mr. Kaser may testify concerning the relationship between Mr. Shugart and Propet.

10. Jack Hawkins, c/o Miller Nash, 4400 Two Union Square, 601 Union Street, Seattle, Washington 98101. Mr. Jack Hawkins may testify regarding general knowledge of Propet's business operations and use of Mr. Shugart's copyrighted images.

11. Ken Vensell, c/o Miller Nash LLP, 601 Union Street, Seattle, WA 98101. Mr. Vensell is a photographer and will testify in response to Mr. Shugart's identification of

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (206) 622-8484
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE, WASHINGTON 98101-2352

SEADOCS:289719.5

photographs that allegedly infringe. Propet identified Mr. Vensell to its witness list for the first time on September 13, 2007. Mr. Shugart objects to Mr. Vensell as a witness given the untimely disclosure; however, if the court deems Mr. Vensell a valid witness, Mr. Shugart reserves the right to call Mr. Vensell as a witness.

## VII. EXHIBITS

(a) Admissibility stipulated:

Plaintiffs' Exhibits:

1. Propet Advertisement - Prop-000004-000006
2. Fax: Propet Invoice 1/30/2006 - Prop-000011
3. Shugart Invoice 5/11/2005-5/14/2005 - Prop-000012-000014
4. Shugart Invoice and Emails 7/20/2004 - Prop-000015-000036
5. Heffner Management Quick Report - Prop-000037-000063
6. Seattle Models Guild Model Release Materials - Prop-000064-000075
7. Invoice History Report - Prop-000076-000080
8. Propet U.S.A., Inc. Invoices - Prop-000081-000114
9. Email: Lloyd Shugart to Bruce Kaser - Prop-000181-000182
10. Copies of shoe photographs
11. Film Delivery Memo (Exhibit 2 to Shugart Deposition)
12. Invoice 7/12/00 (Exhibit 3 to Shugart Deposition)
13. Invoice 2/2/01 (Exhibit 4 to Shugart Deposition)
14. Invoice 6/25/01 (Exhibit 5 to Shugart Deposition)
15. Invoice 6/7/05 (Exhibit 6 to Shugart Deposition)
16. Email Ken Johnson Lloyd Shugart 6/15/05 (Exhibit 8 to Shugart Deposition)

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (206) 622-8484
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE, WASHINGTON 98101-2352

SEADOCS:289719.5

Defendant's Exhibits:

17. 5/13/05 email from Ken Johnson to Lloyd Shugart re: Project Directive (Shugart Initial Disclosures Ex. 16, Pages 1-3)

    (b)    Authenticity stipulated, admissibility disputed:

Plaintiff's Exhibits:

Defendants Exhibits:

    (c)    Authenticity and admissibility disputed:

Plaintiff's Exhibits:

Defendants Exhibits:

18. Brochure: Retailer Support Program (Shugart Initial Disclosures Exh. 1)

19. Brochure: 2002 Instock Catalog-Men/Women (Shugart Initial Disclosures Exh. 2)

20. Brochure: Spring 2003 Catalog Supplement (Shugart Initial Disclosures Exh. 3)

21. Brochure: Men's 2003 Instock Catalog/Women's 2003 Instock Catalog (Shugart Initial Disclosures Exh. 4)

22. Brochure: 2004 Men's Instock Catalog/2004 Women's Instock Catalog (Shugart Initial Disclosures Exh. 5)

23. Brochure: Spring 2005 Collection, 7/12/04 Shot #204096 and insert (Shugart Initial Disclosures Exh. 6)

24. Brochure: 2005 Instock Catalog (Heffner models) (Shugart Initial Disclosures Exh. 7)

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (206) 622-8484
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE, WASHINGTON 98101-2352

SEADOCS:289719.5

25. Brochure: 2005 Medicare Accepted Section (Shugart Initial Disclosures Exh. 8)

26. Poster Sized Prints of Images (Shugart Initial Disclosures Exh. 9)

27. Film delivery notice/seal (Shugart Initial Disclosures Exh. 10)

28. 7/21/00 Invoice to CPF Marketing (Shugart Initial Disclosures Exh. 12, Page 66)

29. Invoices to Propet Shoes (Shugart Initial Disclosures Exh. 12, Pages 45-58, 60-63)

30. Dramatic Artists Agency vouchers and invoices (Shugart Initial Disclosures Exh. 13)

31. CPF Job Form (Shugart Initial Disclosures Exh. 14)

32. Photographs of shoes from Ken Johnson advising use of images at tradeshow (Shugart Initial Disclosures Exh. 15)

33. 5/11/05 email from Lloyd Shugart to Ken Johnson re: Catalog 06 Estimates (Shugart Initial Disclosures Exh. 17, Pages 1-4)

34. 5/16/05 email from Ken Johnson to Lloyd Shugart re: Revised Estimates (Shugart Initial Disclosures Exh. 17, Pages 9-10)

35. 6/2/05 email from Ken Johnson to Lloyd Shugart re: Tradeshow Photography (Shugart Initial Disclosures Exh. 17, Pages 11-13)

36. 6/6/05 email from Ken Johnson to Lloyd Shugart re: Spring 06 Bid Request (Shugart Initial Disclosures Exh. 17, Pages 14-16)

37. Emails re: DAA – Propet invoices/vouchers for 2002 (Shugart Initial Disclosures Exh. 17, Pages 21-30)

38. Copyright registrations (Declaration of Shugart in Opposition to Propet's Motion for Summary Judgment Exh. B)

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (206) 622-8484
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE, WASHINGTON 98101-2352

SEADOCS:289719.5

| | | |
|---|---|---|
| 39. | Copyrighted images (Shugart Answer and Counterclaim Exh. A, and physical exhibits) | |
| 40. | Samples of current infringements (Declaration of Shugart in Opposition to Propet's Motion for Summary Judgment Exh. C, and physical exhibits) | |
| 41. | Email from Lloyd Shugart to SMG Models re: Propet Update (LS 000106-109) | |
| 42. | Film Delivery Boxes [returned to Mr. Shugart's Counsel by Propet] | |

(Physical exhibits)

- 42.1  Film Delivery Box without images – "Stan Sagers Pit"
- 42.2  Film Delivery Box containing images – "Fall 2002"
- 42.3  Film Delivery Box containing images
- 42.4  Film Delivery Box containing images – "Jan 2004 Lifestyle"

43. Original Film Images returned to Mr. Shugart's Counsel by Propet

(Physical Exhibits)

- 43.1  Ivey Serigth box containing images
- 43.2  Envelope - "4x5 P&D's"
- 43.3  Envelope - "Posters & Dura Frans"
- 43.4  Envelope - "04 Catalog"
- 43.5  Envelope - "16, 120 Missing A, 7, 13 Roche"
- 43.6  Envelope – "17, 120 Roche"
- 43.7  Envelope – "18, 120 Roche"
- 43.8  Envelope – "19, 120 Missing Roche"
- 43.9  Envelope – "21, 120 Missing #4 Roche"
- 43.10  Envelope – "220, 13, Missing 13, 15, 16, 19-38 Roche"
- 43.11  Envelope – "220, 12 Missing #18 Roche"
- 43.12  Envelope – "220, 11, #1 Roche"

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (206) 622-8484
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE, WASHINGTON 98101-2352

SEADOCS:289719.5

| | | |
|---|---|---|
| | 43.13 | Envelope – "22, 120 Missing Roche" |
| | 43.14 | Envelope – "23, 120 Missing Roche" |
| | 43.15 | Envelope – "20, 120 Missing 4, 6, 7 Roche" |
| | 43.16 | Envelope – "220, 15 Missing #36 Roche" |
| | 43.17 | Envelope – "220, 14 Missing 1-18 Roche" |
| | 43.18 | Sheet of 20 images |
| | 43.19 | Sheet of 20 images |
| | 43.20 | Sheet of 15 images |
| | 43.21 | Sheet of 20 images |
| | 43.22 | Sheet of 1 image |
| | 43.23 | Sheet of 4 images |
| | 44. | Film envelope from Ivey Digital and Photo Imaging (Physical Exhibits) |
| | 45. | Propet USA website (www.propetusa.com <http://propetusa.com>) |
| | 46. | Copyright applications filed with the U.S .Copyright Office (Physical Exhibits) |
| | 47. | Images associated with Mr. Shugart's copyright applications filed the U.S. Copyright Office (Physical Exhibits) |
| | 48. | Box containing original film images, delivery boxes and envelopes returned to Mr. Shugart by Propet (Physical Exhibits) |
| | 48.1 | Film Delivery Box containing images – "To Color One, From Studio 413, Film for Scans for Propet, Advertorial" |
| | 48.2 | Film Delivery Box with images – "Propet no scan" |
| | 48.3 | Ivey box containing images – "invoice 204095" |
| | 48.4 | Ivey box containing images – "invoice 204099 7/20/04" |
| | 48.5 | Images and cardstock – "Footwear news, Propet footwear news, Propet posters & durtuatis, Propet Lincoln Park, Propet @ Lincoln Park." |

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (206) 622-8484
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE, WASHINGTON 98101-2352

SEADOCS:289719.5

| | | |
|---|---|---|
| 48.6 | Bag containing images in Photobition Seattle and Color One sleaves. | |
| 48.7 | Box from Color One containing images – "Transp,. Enclosed (7)" | |
| 48.8 | Box from Color One containing images – "Original Transp. Propet" | |
| 48.9 | Envelope from Photobition Seattle containing images – "Work order 358247" | |
| 48.10 | Envelope from Photobition containing images – "Work order #390048" | |
| 48.11 | Envelope from Photobition Seattle containing images – "Work order #359478 | |
| 48.12 | Envelope from Color One containing images – "Propet Duratrans, Propet @ Lincoln Park" | |
| 48.13 | Envelope from Color One containing images – "Jan 2003, 5 original transpariencies, Ken Johnson, Propet" | |
| 48.14 | Envelope from Color One containing images addressed to Ken Johnson, Propet. | |
| 48.15 | Envelope from Colour Scan TXS containing images and Film Delivery Memo. | |
| 48.16 | Envelope containing images – "4x5 Poster & Duratrans" | |
| 48.17 | Envelope containing images | |
| 48.18 | Envelope from Emerald City Graphics – "Scans – 2 transp. enclosed, Propet Job #20929. | |
| 48.19 | Envelope containing images – "05 Advertorian" | |
| 48.20 | Envelope containing images – "Roche Harbor" | |
| 48.21 | Envelope containing images – "done 2 more for 30x40" | |
| 48.22 | Envelope containing images – "Done – medium format, originals scanned" | |
| 48.23 | Envelope containing images – "Color One RGB Scan" | |

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (206) 622-8484
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE, WASHINGTON 98101-2352
SEADOCS:289719.5

| | | |
|---|---|---|
| 1 | 48.24 | Envelope without images – "Washing Machine Photos 11/04" |
| 2 | 48.25 | Envelope from Color One without images – "Propet 5 Transp. |
| 3 | | Enclosed" |
| 4 | 48.26 | Envelope without images – "Downtown condo, Michelle, I-H Missing 4- |
| 5 | | 15 |
| 6 | 48.27 | CD envelope without CD – "Studio 413" |
| 7 | 48.28 | Large Ivey Serigth envelope containing images – "Propet @ Seattle |
| 8 | | WaterFront" |
| 9 | 48.29 | Large Ivey Seright envelope containing images – "Propet/Marina |
| 10 | | Walker @ Elliot Bay Marina" |
| 11 | 48.30 | Large Ivey Seright envelope containing images – "Propet Rain Walker |
| 12 | | @ Pioneer Square" |
| 13 | 48.31 | Large white envelope containing images – "Original Art/TXs enclosed, |
| 14 | | 2003 Catalog Photos" |
| 15 | 48.32 | Large Ivey Seright envelope containing images – "Propet trade show |
| 16 | | 1/5/03 @ U-Village" |
| 17 | 48.33 | Large Ivey Seright envelope containing images – "Propet @ UW |
| 18 | | Arboritum" |
| 19 | 48.34 | Large Photobition Seattle envelope containing images – "Propet @ |
| 20 | | Belltown Condo" |
| 21 | 48.35 | Large white envelope containing images – "Propet Catalog @ Vashion, |
| 22 | | 2004 Catalog, L/S photos" |
| 23 | 48.36 | Large Photobition Seattle envelope containing images – "Propet @ |
| 24 | | Ballard locks, @ Shilshole Bay, @ Golden Gardens" |
| 25 | 48.37 | Large Ivey Seright envelope containing images – "Propet Tradeshow |
| 26 | | WSA 7/303 @ Madison Park, @ Stan Sager" |

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (206) 622-8484
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE, WASHINGTON 98101-2352

SEADOCS:289719.5

| | | | |
|---|---|---|---|
| | 48.38 | loose sheets of images | |
| | 48.39 | Envelope containing images – "1-20 MB scan del. by FTP for ad" | |

49. Mr. Shugart's First and Second Set of Interrogatories and Requests for Production of Documents to Plaintiff And Answers Thereto dated 5/10/06 and 5/14/07 respectively (physical exhibits)

50. Propet's Pre-Trial Statement dated 8/15/07 (physical exhibit)
51. Email: Ken Johnson to Andrew Burkhardt (Prop 000001-000003)
52. Email: Ken Johnson to Andrew Burkhardt (Prop 000007-000008)
53. Email: Andrew Burkhardt to Ken Johnson (Prop 000186)
54. Email: Ken Johnson to Andrew Burkhardt (Prop 000187-000188)
55. Article: Photography; Risks Pay off for Studio 412 (Prop 000190)
56. Email: Ken Johnson to Andrew Burkhardt (Prop 000197-000200)
57. Declaration of Jon Payne in Opposition to Propet's Motion for Summary Judgment (Filed 4/2/07, Docket #62).
58. Invoice History Report (Prop 000115-000175)
59. Propet Seattle Models Guild Bill (Prop 000176-000180)
60. Email: Bruce Kaser to Lloyd Shugart (Prop 000183-000185)
61. Email: Bruce Kaser to Lloyd Shugart (Prop 000189)
62. Email: Bruce Kaser to Lloyd Shugart (Prop 000191-000194)
63. Email: Bruce Kaser to Lloyd Shugart (Prop 000195)
64. Email: Bruce Kaser to Lloyd Shugart (Prop 000196)

## VIII. ACTION BY COURT

A. This case is scheduled for trial before a jury on September 24, 2007.

B. Trial briefs shall be submitted to the court on or before September 17, 2007.

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (206) 622-8484
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE, WASHINGTON 98101-2352

SEADOCS:289719.5

C. Jury instructions requested by either party shall be submitted on or before September 17, 2007. Suggested questions of either party to be asked of the jury by the court on voir dire shall be submitted to the court on or before September 17, 2007.

This order has been approved by the parties as evidenced by the signatures of their counsel. This order shall control the subsequent course of the action unless modified by a subsequent order. This order shall not be amended except by order of the court pursuant to agreement of the parties or to prevent manifest injustice.

DATED this _____ day of _____, 2007.

_____
Honorable Mary Alice Theiler
Magistrate Judge

FORM APPROVED

MILLER NASH LLP

*/s/ James L. Phillips*
James L. Phillips
WSB No. 13186
Fax: (206) 622-7485
james.phillips@millernash.com
(206) 622-8484

Attorney for Plaintiff Propet USA, Inc.

*/s/ Philip P. Mann*
Philip P. Mann
MANN LAW GROUP
1420 Fifth Avenue, Suite 2200
Seattle, Washington 98101
mannlaw@comcast.net
phil@mannlawgroup.com
eryn@mannlawgroup.com

Attorneys for Defendant
Lloyd Shugart

PRETRIAL ORDER - 16
(C06-0186 MAT)

**MILLER NASH LLP**
ATTORNEYS AT LAW
TELEPHONE: (206) 622-8484
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE, WASHINGTON 98101-2352

SEADOCS:289719.5

1

2   John Whitaker
    WHITAKER LAW GROUP
3   755 Winslow Way East, Suite 304
    Bainbridge Island, WA 98110
4   john@wlawgrp.com
    (206) 319-1575
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**MILLER NASH** LLP
ATTORNEYS AT LAW
TELEPHONE: (206) 622-8484
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE, WASHINGTON 98101-2352

SEADOCS:289719.5

I hereby certify that on this 14th day of September, 2007, I caused the foregoing PRETRIAL ORDER to be sent via electronic mail to:

>Honorable Mary Alice Theiler
>U.S. Magistrate Judge
>United States District Court
>Western District of Washington
>U.S. Courthouse
>700 Stewart Street
>Seattle, Washington 98101
>E-Mail: theilerorders@wawd.uscourts.gov

And to:

| | |
|---|---|
| Philip P. Mann | John Whitaker |
| MANN LAW GROUP | WHITAKER LAW GROUP |
| 1420 Fifth Avenue, Suite 2200 | 755 Winslow Way East, Suite 304 |
| Seattle, Washington 98101 | Bainbridge Island, WA 98110 |
| (206) 274-5100 | john@wlawgrp.com |
| mannlaw@comcast.net | (206) 319-1575 |
| phil@mannlawgroup.com | |
| eryn@mannlawgroup.com | |

I hereby certify that on this same date, I electronically filed the PRETRIAL ORDER with the Clerk of the Court using the CM/ECF system.

Executed at Seattle, Washington, this 14th day of September, 2007.

*/s/ James L. Phillips*
James L. Phillips, WSB No. 13186
MILLER NASH LLP
Email: jim.phillips@millernash.com

Attorneys for Plaintiff
Propet USA, Inc.

Certificate of Service - 1
(C06-0186 MAT)

**MILLER NASH LLP**
ATTORNEYS AT LAW
TELEPHONE: (206) 622-8484
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE, WASHINGTON 98101-2352

SEADOCS:289719.5