Honorable Mary Alice Theiler

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PROPET USA, INC.,

    Plaintiff,

v.

LLOYD SHUGART,

    Defendant.

Case No. C06-0186 MAT

PROPET USA, INC.'S PROPOSED VOIR DIRE

1. Do you know anyone who works for the court?

2. Do you know any of the lawyers in this case, including Mr. Bruce Kaser, Mr. Jim Phillips, Ms. Aubrey Seffernick, Mr. Phillip Mann, or Mr. John Whitaker?

3. Do you know anyone who works for any of the law firms that are involved in this case, including Miller Nash, Vantage Law, Mann Law Group or Whitaker Law Group?

4. Is anyone in your family a lawyer?

5. Do you know any of the witnesses that will be called in this case, including Mr. Jack Hawkins, Mr. Lloyd Shugart, Mr. Jon Payne, Mr. Bruce Danielson, Mr. Ken Vensell, and Mr. Ken Johnson?

6. Do you know anyone who works at Propet USA?

7. Do you know anyone who works at Studio 413?

8. Are you a commercial photographer?

9. Do you know anyone who is a commercial photographer?

PROPET USA, INC.'S PROPOSED VOIR DIRE - 1
(C06-0186 MAT)

**MILLER NASH LLP**
ATTORNEYS AT LAW
TELEPHONE: (206) 622-8484
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE, WASHINGTON 98101-2352

SEADOCS:292271.1

1

2        DATED this 17th day of September, 2007.

3                                                MILLER NASH LLP

4

5                                                */s/ James L. Phillips*
                                                 James L. Phillips, P.C.
6                                                WSB No. 13186
                                                 james.phillips@millernash.com
7                                                (206) 622-8484

8                                                Attorneys for Plaintiff
                                                 Propet USA, Inc.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

PROPET USA, INC.'S PROPOSED VOIR DIRE - 2
(C06-0186 MAT)

**MILLER NASH LLP**
ATTORNEYS AT LAW
TELEPHONE: (206) 622-8484
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE, WASHINGTON  98101-2352

SEADOCS:292271.1

1   I hereby certify that on this 17th day of September, 2007, I electronically filed

2   PROPET USA, INC.'S PROPOSED VOIR DIRE with the Clerk of the Court using the CM/ECF

3   system which will send notification of such filing to:

| | |
|---|---|
| Philip P. Mann | John Whitaker |
| MANN LAW GROUP | WHITAKER LAW GROUP |
| 1420 Fifth Avenue, Suite 2200 | 755 Winslow Way East, Suite 304 |
| Seattle, Washington  98101 | Bainbridge Island, WA  98110 |
| (206) 274-5100 | john@wlawgrp.com |
| mannlaw@comcast.net | (206) 319-1575 |
| phil@mannlawgroup.com | |
| eryn@mannlawgroup.com | |

Executed at Seattle, Washington, this 17th day of September, 2007.

*/s/ James L. Phillips*
James L. Phillips, WSB No. 13186
MILLER NASH LLP
Email: james.phillips@millernash.com

   Attorneys for Plaintiff
   Propet USA, Inc.

Certificate of Service - 1
(C06-0186 MAT)

**MILLER NASH LLP**
ATTORNEYS AT LAW
TELEPHONE: (206) 622-8484
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE, WASHINGTON  98101-2352

SEADOCS:292271.1