Honorable Mary Alice Theiler

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PROPET USA, INC., <br><br>　　　　　Plaintiff, <br><br>　　v. <br><br>LLOYD SHUGART, <br><br>　　　　　Defendant. | Case No. C06-0186 MAT <br><br> DEFENDANT LLOYD SHUGART'S SUPPLEMENTAL PROPOSED JURY INSTRUCTIONS |

Defendant Lloyd Shugart ("Mr. Shugart") hereby submits the forgoing Supplemental Proposed Jury Instructions as requested by the Court on September 20, 2007 (Docket No. 120).

CONTRACT FORMATION – GENERALLY

INSTRUCTION NO. ___

DEFENDANT'S PROPOSED LANGUAGE:

Contract formation requires a bargain in which there is an offer and a manifestation of assent to the exchange and consideration. In other words, a contract is formed when one party makes an offer and the other party accepts the offer.

An offer is the manifested willingness to enter into a bargain, inviting acceptance. An offer may invite acceptance to be made by performing a specific act; however, unless otherwise indicated, an offer invites acceptance by any medium that is reasonable in the circumstance. Thus, assent or agreement to a contract can take many forms.

Restatement (Second) of Contracts, §17, §24, §30

CONTRACT FORMATION – ASSENT

INSTRUCTION NO. ___

DEFENDANT'S PROPOSED LANGUAGE:

Under Washington law, express assent to a license is not required. Thus, a signed contract is not always necessary. Instead, assent or acceptance can be manifested in a party's actions.

A party can indicate agreement to a contract by breaking open the seal on a package stating the terms of a contract. A party may be bound by the terms of a "shrink-wrap" license by merely breaking open a package or breaking the seal.

*M.A. Mortenson Co. v. Timberline Software Corp.* 93 Wn. App. 819 (1999)

CONTRACT FORMATION – "SHRINK-WRAP" LICENSE AGREEMENTS

INSTRUCTION NO. ___

DEFENDANT'S PROPOSED LANGUAGE:

"Shrink-wrap" licenses are seals affixed to the outside of a box or envelope which contain text of the license agreement.

The terms of a separate paper which is referred to on a license affixed to the outside of a box or container are enforceable against the party that opened it.

*ProCD, Inc. v. Zeidenberg*, 86 F.3d 1447 (7th Cir. 1996)