UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| PROPET USA, INC., | ) | CASE NO. C06-0186-MAT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | VERDICT FORM |
| | ) | |
| LLOYD SHUGART, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

We, the jury, make the following answers to the questions submitted by the Court:

**QUESTION 1**:

Did Propet receive an unlimited license from Mr. Shugart?

Answer "Yes" or "No" _____

If the answer is "No", then go to Question 2. If the answer is "Yes", then skip Questions 2 and 5, and put "zero" in Questions 6(a), 6(c) and 7. Then proceed to Question 3.

**QUESTION 2**:

Did Propet infringe Mr. Shugart's copyrights?

Answer "Yes" or "No" _____

If the answer is "Yes", provide an amount of damages, if any, at Questions 6(a) and 7. If the answer is "No", put "zero" in Questions 6(a) and 7. Either way, go to Question 3.

VERDICT FORM
PAGE -1

**QUESTION 3**:

Did Propet knowingly or intentionally remove any copyright management information from Mr. Shugart's photographs?

Answer "Yes" or "No" _____

If the answer is "Yes", provide an amount of damages, if any, at Question 6(b) and proceed to question 4. If the answer is "No", put "zero" in Question 6(b). Either way, go to Question 5.

**QUESTION 4**:

If your answer to Question 3 is "Yes", was Propet unaware and did it have no reason to believe that its conduct was unlawful?

Answer "Yes" or "No" _____

**QUESTION 5**:

If the answer to Question 1 is "No", did Propet retain possession, refuse to return, or lose original images provided by Mr. Shugart to Propet?

Answer "Yes" or "No" _____

If the answer is "Yes", provide an amount of damages, if any, at Question 6(c). If the answer is "No", put "zero" in Question 6(c). Either way, go to Question 6.

**QUESTION 6**:

If your answer to Questions 2, 3, or 5 is "Yes", indicate below the damages, if any, that Mr. Shugart is entitled to receive. On the other hand, if any answer to Questions 2, 3, or 5 is "No", put "zero" damages in the appropriate blank.

    (a)    Copyright infringement – actual damages: _____;

    (b)    Removal of copyright management information: _____**;**

    (c)    Failure to return original images: _____.

**QUESTION 7**:

If your answer to Question 2 is "Yes", indicate below the statutory damages, if any, that

Mr. Shugart is entitled to receive.  On the other hand, if the answer to Questions 2 is "No", put "zero" damages below.

      Copyright infringement – statutory damages: _____.

      SIGNED this \_\_\_\_\_ day of September, 2007.

                                      _____
                                      JURY FOREPERSON

VERDICT FORM
PAGE -3