FILED  LODGED  ENTERED  RECEIVED
SEP 27 2007
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE
BY                              DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PROPET USA, INC., | CASE NO. C06-186 MAT |
| Plaintiff, | |
| v. | VERDICT FORM |
| LLOYD SHUGART, | |
| Defendant. | |

We, the jury, make the following answers to the questions submitted by the Court:

**QUESTION 1:**

Did Propet receive an unlimited license from Mr. Shugart?

Answer "Yes" or "No" __No__

If the answer is "No", then go to Question 2. If the answer is "Yes", then skip Questions 2 and 5, and put "zero" in Questions 6(a), 6(c) and 7. Then proceed to Question 3.

**QUESTION 2:**

Did Propet infringe Mr. Shugart's copyrights?

Answer "Yes" or "No" __Yes__

If the answer is "Yes", provide an amount of damages, if any, at Questions 6(a) and 7. If the answer is "No", put "zero" in Questions 6(a) and 7. Either way, go to Question 3.

VERDICT FORM
PAGE -1

06-CV-00186-VRDCT

01 **QUESTION 3**:

02 Did Propet knowingly or intentionally remove any copyright management information

03 from Mr. Shugart's photographs?

04 Answer "Yes" or "No" __Yes__

05 If the answer is "Yes", provide an amount of damages, if any, at Question 6(b) and

06 proceed to question 4. If the answer is "No", put "zero" in Question 6(b). Either way, go to

07 Question 5.

08 **QUESTION 4**:

09 If your answer to Question 3 is "Yes", was Propet unaware and did it have no reason to

10 believe that its conduct was unlawful?

11 Answer "Yes" or "No" __No__

12 **QUESTION 5**:

13 If the answer to Question 1 is "No", did Propet retain possession, refuse to return, or lose

14 original images provided by Mr. Shugart to Propet?

15 Answer "Yes" or "No" __Yes__

16 If the answer is "Yes", provide an amount of damages, if any, at Question 6(c). If the

17 answer is "No", put "zero" in Question 6(c). Either way, go to Question 6.

18 **QUESTION 6**:

19 If your answer to Questions 2, 3, or 5 is "Yes", indicate below the damages, if any, that

20 Mr. Shugart is entitled to receive. On the other hand, *if any* answer to Questions 2, 3, or 5 is

21 "No", put "zero" damages in the appropriate blank.

22 (a) Copyright infringement – actual damages: __$ 12,800__ ;

23 (b) Removal of copyright management information: __$ 500,000__ ;

24 (c) Failure to return original images: __$ 303,000__ .

25 **QUESTION 7**:

26 If your answer to Question 2 is "Yes", indicate below the statutory damages, if any, that

VERDICT FORM
PAGE -2

Mr. Shugart is entitled to receive. On the other hand, if the answer to Questions 2 is "No", put "zero" damages below.

Copyright infringement – statutory damages: $500,000.

SIGNED this 27th day of September, 2007.

_____
JURY FOREPERSON

VERDICT FORM
PAGE -3