UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PROPET USA, INC., ) | CASE NO. C06-0186-MAT |
| ) | |
| Plaintiff, ) | |
| ) | ORDER GRANTING PLAINTIFF'S |
| v. ) | MOTION FOR A TEMPORARY |
| ) | PROTECTIVE ORDER |
| LLOYD SHUGART, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Plaintiff Propet USA, Inc. (hereinafter "Propet") filed a Motion for a Protective Order, requesting that the Court issue an order prohibiting defendant Lloyd Shugart (hereinafter "Shugart") from further contacting Propet's customers pending resolution of the current case. (Dkt. 157.) Propet points to "Infringement Demand Notice[s]" in which Shugart demands that Propet customers discontinue use of his copyright protected images and make payment for copyright infringements, and indicates that he "will take action accordingly[]" if his demands are not met. (Dkt. 158, Exs. A & B.)

The Court finds Shugart's actions troubling. Shugart's counterclaims against Propet explicitly asserted infringement through Propet's distribution of his images to third parties. (Dkt.

13 at 7-9.) In pre-trial briefing, Shugart calculated his damages with consideration of the lost royalty associated with distribution of his images to third parties. (Dkt. 113 at 6-7.) At trial, Shugart's counsel argued: "Part of our dispute on this thing is the film delivery memo says that Propet USA and only Propet USA can use these images. And these are to show that Propet has taken these images and distributed to other entities, namely, third parties entirely and its foreign operations which are different from Propet USA." (Dkt. 147 at 157-58.) Further, although Shugart provided evidence of copying specific only to a small number of infringements on Propet's website, he supplemented this testimony with extensive evidence of third party usage of his images. (*Id.* at 158-64, 167.)

Based on the evidence presented, the jury awarded and Shugart elected a significant amount of statutory damages for copyright infringement. As reflected in a recent order from this Court, given the minimal amount of evidence specific to copying by Propet, the evidence of third party usage may well have supported a finding of willful infringement. (Dkt. 164 at 4-5.) The jury also found Shugart entitled to a substantial award for Propet's violation of the Digital Millenium Copyright Act (DMCA), the violation of which presumably took place prior to any distribution of plaintiff's images to third parties. Indeed, Shugart previously argued that it was Propet's removal of his copyright management information in violation of the DMCA that enabled Propet to make distributions to third parties without his consent. (Dkt. 113 at 6.)

Given all of the above, it does appear, as argued by Propet, that the jury awards compensate Shugart for the injuries sustained in relation to the images associated with this lawsuit and that Shugart inappropriately seeks additional compensation for those same injuries. Accordingly, the Court GRANTS Propet's motion for a temporary protective order. Shugart is

directed to cease contact with Propet's customers for the purpose of demanding payments for alleged copyright violations [1] pending the ultimate resolution of the present case and should carefully consider the propriety of later pursuing this course of action. The Clerk is directed to send copies of this Order to counsel for Propet and Shugart.[2]

DATED this 20th day of December, 2007.

Mary Alice Theiler
United States Magistrate Judge

---

[1] This specific language should resolve Shugart's concern that the requested protective order is unconstitutionally overbroad. The Court also notes that the parties have been ordered to submit a proposed stipulated order entering a permanent injunction that will serve to identify with specificity the images affected by the instant order. (*See* Dkt. 165.)

[2] In a Surreply, Shugart seeks to strike portions of Propet's Reply. (Dkt. 163.) However, because the contested portions of Propet's Reply were not relevant to the Court's ruling on Propet's motion, it DENIES Shugart's motion to strike.

ORDER GRANTING PLAINTIFF'S MOTION
FOR A TEMPORARY PROTECTIVE ORDER
PAGE -3