# United States District Court
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PROPET USA, INC., | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | CASE NUMBER: C06-0186-MAT |
| v. | |
| LLOYD SHUGART, | |
| Defendant. | |

__X__ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiff Propet USA, Inc.'s Complaint seeking declaratory relief is denied with prejudice. On the counterclaim, Defendant Shugart is awarded the following damages from Plaintiff Propet USA, Inc.: copyright infringement statutory damages, $500,000, removal of copyright management information, $500,000; for failure to return original images, $303,000. A permanent injunction is also awarded in favor of Defendant Shugart.

Dated this 24th day of January, 2008.

BRUCE RIFKIN
Clerk

_____
Deputy Clerk

06-CV-00186-JGM