PROPET USA, INC. v. LLOYD SHUGART

C06-0186MAT

**EXHIBIT "F"**

**Hours Spent by Mr. Shugart's Counsel**

Invoice submitted to:
Lloyd Shugart
Lloyd Shugart Photography / Studio 413
55 So. Atlantic
Seattle WA 98134

March 23, 2008

In Reference To: Propet USA, Inc. v. Lloyd Shugart

Invoice #3008

PROFESSIONAL SERVICES:

| | | | Hours | Amount |
|---|---|---|---|---|
| 1/9/2007 | PPM | Telephone conferences with client regarding case and fee arrangement. Draft contingent fee arrangement. | 2.50 | 1,562.50 |
| 1/11/2007 | PPM | Telephone conference with J. Payne regarding substitution of counsel and case history. | 1.30 | 812.50 |
| 1/19/2007 | PPM | Review client file received from J. Payne. Telephone conference with client regarding case facts. | 2.40 | 1,500.00 |
| 1/31/2007 | PPM | Review case file. Telephone conference with client. Draft correspondence to J. Phillips regarding discovery issues. | 0.80 | 500.00 |
| 2/2/2007 | PPM | Review bankruptcy filed by L. Shugart. and correspondence by J. Phillips regarding same. Telephone conference with client regarding same. | 0.50 | 312.50 |
| 2/5/2007 | PPM | Draft and file Defendant's Motion for Partial Summary Judgment, Declaration of L. Shugart and Proposed Order. Organize and assemble exhibits for L. Shugart's Declaration. Telephone conferences with client regarding same. | 2.70 | 1,687.50 |
| 2/10/2007 | PPM | Review Plaintiff's Motion to Stay Deadlines. Telephone conference with client regarding same. | 0.50 | 312.50 |
| 2/14/2007 | PPM | Correspondence with J. Phillips regarding bankruptcy motion for relief from stay and settlement. Telephone conference with client regarding same and factual background. | 0.70 | 437.50 |
| 2/15/2007 | PPM | Draft and file Defendant's opposition to Plaintiff's Motion to Stay Deadlines. Telephone conferences with client regarding same. | 1.20 | 750.00 |
| 2/22/2007 | PPM | Review Plaintiff's Reply in Support of its Motion to Stay Deadlines and Court order regarding case scheduling. Conference with client regarding same. | 0.70 | 437.50 |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 2/26/2007 | PPM | Review Plaintiff's Motion to Compel and supporting materials. Begin draft of opposition to same. | 0.50 | 312.50 |
| 3/5/2007 | PPM | Draft and file Defendant's Opposition to Plaintiff's Motion to Compel. | 2.30 | 1,437.50 |
| 3/7/2007 | EYD | Review, assemble and organize case materials and documents. | 2.00 | 300.00 |
| 3/9/2007 | PPM | Draft correspondence to J. Phillips regarding case scheduling. | 0.20 | 125.00 |
| 3/12/2007 | PPM | Telephone conference with opposing counsel regarding case scheduling and trial date. | 0.20 | 125.00 |
| | EYD | Review Plaintiff's Motion for Summary Judgment and supplemental briefs filed in support. Conference regarding the same. | 2.20 | 330.00 |
| 3/13/2007 | PPM | Review Plaintiff's reply in support of its Motion to Compel. Review plaintiff's motion for summary judgment. | 1.80 | 1,125.00 |
| | EYD | Review Plaintiff's reply in support of its Motion to Compel. | 0.10 | 15.00 |
| 3/14/2007 | PPM | Review and approve Joint Status Report for filing before the court. | 0.20 | 125.00 |
| 3/16/2007 | EYD | Review Second Amended Scheduling Order. Docket deadlines and due dates. Review court order regarding Plaintiff's Motion to Compel. Conference regarding same. | 1.50 | 225.00 |
| | PPM | Review Court's Order on Plaintiff's Motion to Compel. Conference regarding same. | 0.40 | 250.00 |
| 3/22/2007 | EYD | Telephone conference with court reporter at Seattle Deposition Reporters regarding L. Shugart's deposition transcript. Review L. Shugart's deposition transcript. | 3.50 | 525.00 |
| 3/23/2007 | PPM | Review L. Shugart deposition transcript. Telephone conference with client regarding same. | 3.40 | 2,125.00 |
| 3/29/2007 | PPM | Telephone conference with client regarding copyright certificates. Review same. | 0.60 | 375.00 |
| | EYD | Review and organize copyright registrations received from client. | 0.40 | 60.00 |
| 3/30/2007 | PPM | Conference with J. Payne regarding status of case materials received and declaration in opposition to plaintiff's motion for summary judgment. Draft J. Payne declaration. Conference regarding posture to responding to motion. | 2.30 | 1,437.50 |
| 3/31/2007 | EYD | Draft opposition to motion for summary judgment. Legal research regarding same. | 5.50 | 825.00 |

|            |     |                                                                                                                                                                                                                                            | Hours | Amount   |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 4/1/2007   | EYD | Continue draft of defendant's opposition to plaintiff's motion for summary judgment.  Draft L. Shugart declaration in opposition.                                                                                                          | 7.00  | 1,050.00 |
| 4/2/2007   | EYD | Conferences with client regarding declaration in opposition to plaintiff's motion for summary judgment.  Edit and revise same.  Review, finalize and file opposition to motion for summary judgment and declarations of J. Payne, and L. Shugart.  Organize and assemble exhibits for declarations. | 7.50  | 1,125.00 |
|            | PPM | Review and revise opposition to motion for summary judgment and declaration of L. Shugart.  Conferences with client regarding same.                                                                                                        | 6.00  | 3,750.00 |
| 4/3/2007   | PPM | Review Plaintiff's opposition to Defendant's Motion for Partial Summary Judgment, B. Kaser's Declaration, and J. Phillips Declaration, and supporting exhibits.                                                                             | 2.50  | 1,562.50 |
| 4/6/2007   | PPM | Draft reply in support of Motion for Partial Summary Judgment.  File same with the court.                                                                                                                                                  | 0.80  | 500.00   |
| 4/10/2007  | EYD | Draft defendant's second discovery requests.  Conference regarding same.                                                                                                                                                                   | 2.70  | 405.00   |
|            | PPM | Review second requests for discovery.  Conference and telephone conference with client regarding same.                                                                                                                                     | 1.50  | 937.50   |
| 4/12/2007  | EYD | Review correspondence from client regarding discovery.  Review defendant's first discovery and responses to same, and historical correspondence regarding same.  Continue drafting defendant's second discovery requests regarding same.    | 2.30  | 345.00   |
| 4/13/2007  | EYD | Review Plaintiff's First Requests for Production and Interrogatories. Format and begin answering same.  Correspondence with client regarding discovery.  Review information and documents received from client.  Finalize and propound defendant's second discovery requests. | 4.50  | 675.00   |
|            | PPM | Review and edit defendant's second discovery requests.  Telephone conference with client regarding same.                                                                                                                                   | 1.90  | 1,187.50 |
| 4/16/2007  | EYD | Legal research and review of case law regarding damages.  Review client documents and correspondence with client regarding same.                                                                                                           | 2.60  | 390.00   |
| 4/17/2007  | EYD | Review client documents and L. Shugart's comments regarding discovery responses.  Bates-label and organize same for production.  Review and finalize discovery responses.                                                                   | 5.70  | 855.00   |
|            | PPM | Review client documents to be produced.  Revise and edit defendant's response to discovery requests.  Telephone conference with client regarding same.  Draft correspondence to J. Phillips regarding same.                                 | 3.60  | 2,250.00 |

| Date | | Description | Hours | Amount |
|------|---|-------------|-------|--------|
| 4/18/2007 | EYD | Continue review of client documents for responsiveness.  Conference regarding same. | 2.40 | 360.00 |
| 4/19/2007 | EYD | Review, Bates-label, and organize documents for supplemental production. | 4.20 | 630.00 |
| | PPM | Review supplemental documents for production.  Draft letter to J. Phillips regarding same. | 2.20 | 1,375.00 |
| 5/3/2007 | PPM | Review court's order regarding summary judgments.  Telephone conference with client regarding same. | 0.40 | 250.00 |
| 5/7/2007 | EYD | Review and organize client documents.  Create privilege log regarding documents withheld as privileged. | 3.60 | 540.00 |
| | PPM | Review privilege log and draft correspondence to J. Phillips regarding the same. | 1.00 | 625.00 |
| 5/8/2007 | EYD | Review correspondence from client.  Conduct legal research on applicable case law. | 0.50 | 75.00 |
| 5/14/2007 | EYD | Review plaintiffs response to second request for production and interrogatories.  Conference regarding same. | 0.50 | 75.00 |
| | PPM | Review plaintiff's response to defendant's second requests for production and interrogatories.  Conference and telephone conference with client regarding same. | 0.30 | 187.50 |
| 5/15/2007 | EYD | Correspondence with client regarding discovery issues and plaintiff's response to defendant's second discovery requests. | 0.10 | 15.00 |
| 5/16/2007 | EYD | Draft defendant's motion to compel.  Conference regarding same. | 0.80 | 120.00 |
| 5/17/2007 | EYD | Review, format and electronically file defendant's motion to compel.  Conference regarding same. | 0.20 | 30.00 |
| | PPM | Review, edit and finalize defendant's motion to compel.  Conference regarding same. | 0.20 | 125.00 |
| 5/20/2007 | EYD | Review plaintiff's response to defendant's motion to compel and supplemental documents filed in support. | 0.70 | 105.00 |
| 5/21/2007 | EYD | Review case law and correspondences to client regarding sub-license agreements. | 0.60 | 90.00 |
| 5/29/2007 | PPM | Review plaintiff's filing in response to defendant's motion to compel. | 0.20 | 125.00 |
| 5/31/2007 | EYD | Organize and assemble materials per client's request.  Correspondence regarding same. | 0.10 | 15.00 |

| Date | | | Hours | Amount |
|------|--|--|-------|--------|
| 5/31/2007 | PPM | Draft Correspondence to J. Phillips regarding inspection of documents. Conference regarding the same. | 1.20 | 750.00 |
| 6/1/2007 | PPM | Draft defendant's reply in support of motion to compel. | 0.50 | 312.50 |
| | EYD | Review, finalize and file defendant's reply in support of his motion to compel. | 0.40 | 60.00 |
| 6/4/2007 | EYD | Correspondence with client regarding damages.  Conduct legal research regarding same. | 1.00 | 150.00 |
| 6/7/2007 | EYD | Conduct legal research for summary judgment brief. | 2.60 | 390.00 |
| 6/11/2007 | EYD | Review court's order on defendant's motion to compel. | 0.10 | 15.00 |
| | PPM | Review court's order on defendant's motion to compel. | 0.10 | 62.50 |
| 6/12/2007 | EYD | Conduct legal research regarding exclusive licenses.  Review invoices provided in plaintiff's and defendant's initial disclosures.  Compile and create spreadsheet regarding invoices submitted to plaintiffs. | 3.80 | 570.00 |
| 6/15/2007 | EYD | Conduct legal research regarding click/shrink-wrap agreements. Conference regarding same. | 2.00 | 300.00 |
| | PPM | Conference regarding relevant case law and strategic posture of case. | 0.10 | 62.50 |
| 6/16/2007 | EYD | Draft defendant's motion for summary judgment. | 1.50 | 225.00 |
| 6/18/2007 | PPM | Review and revise defendant's motion for summary judgment for filing. | 2.30 | 1,437.50 |
| | EYD | Finalize and file defendant's motion for summary judgment.  Review plaintiff's motion for summary judgment. | 2.60 | 390.00 |
| 6/19/2007 | EYD | Review plaintiff's motion for summary judgment.  Conferences regarding same. | 1.30 | 195.00 |
| | PPM | Review plaintiff's motion for summary judgment.  Conference with client regarding same. | 1.50 | 937.50 |
| 7/5/2007 | EYD | Draft defendant's response to plaintiff's motion for summary judgment. | 1.70 | 255.00 |
| 7/6/2007 | EYD | Email correspondences with with client regarding response to plaintiff's motion for summary judgment.  Continue drafting responsive brief. Review client's declaration for same. | 3.10 | 465.00 |
| 7/9/2007 | PPM | Review and revise defendant's response to plaintiff's motion for summary judgment.  Telephone conference with client regarding same. | 3.60 | 2,250.00 |

| Date | | | Hours | Amount |
|------|---|---|-------|--------|
| 7/9/2007 | EYD | Review, finalize and file defendant's response to plaintiff's motion for summary judgment.  Organize exhibits for same. | 2.10 | 315.00 |
| 7/10/2007 | EYD | Review plaintiff's response to defendant's motion for summary judgment and declaration filed in support. | 0.30 | 45.00 |
| 7/13/2007 | PPM | Review plaintiff's response to motion for summary judgment.  Draft reply in support of motion for summary judgment. | 3.50 | 2,187.50 |
| | EYD | Finalize and file defendant's reply in support of summary judgment.  Review plaintiff's reply in support of its motion for summary judgment. | 2.50 | 375.00 |
| 8/3/2007 | PPM | Telephone conferences with client regarding settlement and mediation.  Draft correspondences to J. Phillips regarding L. Shugart's settlement demand and mediation issues. | 1.50 | 937.50 |
| 8/15/2007 | PPM | Review plaintiff's pretrial statement.  Conference regarding same. | 0.20 | 125.00 |
| | EYD | Review plaintiff's pretrial statement.  Conference regarding same. | 0.30 | 45.00 |
| 8/17/2007 | EYD | Telephone conference with Heffner Management.  Subsequent telephone conference with E. Loch (model with Heffner Management). | 0.10 | 15.00 |
| 8/20/2007 | EYD | Organize, assemble and prepare exhibits for defendant's pretrial statement.  Begin draft of defendant's pretrial statement. | 4.30 | 645.00 |
| 8/21/2007 | EYD | Review court's order regarding summary judgment motions and requesting additional briefing.  Conference and correspondence to client regarding same. | 0.70 | 105.00 |
| | PPM | Review court's order on summary judgments.  Conference regarding same. | 0.20 | 125.00 |
| 8/22/2007 | EYD | Draft defendant's motions in limine.  Conference regarding same. | 2.30 | 345.00 |
| | PPM | Conference regarding defendant's motions in limine and motion to realign the parties. | 0.10 | 62.50 |
| 8/23/2007 | PPM | Review and finalize defendant's pretrial statement.  Conference regarding same. | 0.30 | 187.50 |
| | EYD | Review defendant's pretrial statement and exhibits included.  Draft motion to proceed first and continue draft of defendant's motions in limine.  Conference regarding same. | 4.60 | 690.00 |
| 8/24/2007 | PPM | Review, edit and finalize defendant's motion to proceed first and motions in limine. | 2.00 | 1,250.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 8/24/2007 | EYD | Review and file defendant's motion to proceed first and motions in limine. | 0.60 | 90.00 |
| 8/26/2007 | EYD | Review plaintiff's motion in limine.  Conference regarding same. | 0.10 | 15.00 |
| | PPM | Conference regarding plaintiff's motion in limine and posture for responding to same. | 0.10 | 62.50 |
| 8/28/2007 | EYD | Telephone conference with court clerk regarding rescheduling the pre-trial conference.  Draft and file stipulation and proposed order to reset pretrial conference date.  Conference regarding same. | 2.10 | 315.00 |
| | PPM | Correspondence with J. Phillips to reset date of pre-trial conference.  Review and finalize stipulation to be filed before the court. | 0.20 | 125.00 |
| 8/30/2007 | PPM | Telephone conferences regarding mediation issues.  Review correspondence from J. Smith regarding mediation. | 2.40 | 1,500.00 |
| | JW | Review and draft notice of appearance.  Conference regarding same.  Review plaintiff's supplemental brief for summary judgment.  Legal research for opposition brief. | 5.60 | 2,520.00 |
| | EYD | Draft and file notice of appearance for J. Whitaker.  Conference regarding same. | 0.80 | 120.00 |
| 8/31/2007 | PPM | Draft and file supplemental status report on mediation.  Review plaintiff's supplemental status report and supplemental brief on its motion for summary judgment.  Conference regarding same. | 3.20 | 2,000.00 |
| | EYD | Review supplemental status report and plaintiff's brief regarding its motion for summary judgment.  Conference regarding same. | 0.80 | 120.00 |
| | JW | Begin draft supplemental brief in opposition to plaintiff's motion for summary judgment.  Legal research and conferences regarding same. | 5.50 | 2,475.00 |
| 9/1/2007 | EYD | Legal research to respond to plaintiff's motion in limine.  Conferences regarding same. | 2.00 | 300.00 |
| 9/2/2007 | PPM | Draft response to plaintiff's motion in limine. | 2.30 | 1,437.50 |
| | JW | Legal research in support of opposition to plaintiff's motion for summary judgment. | 2.10 | 945.00 |
| 9/3/2007 | JW | Continue draft of supplemental brief in response to summary judgment.  Conferences regarding same. | 4.60 | 2,070.00 |
| 9/4/2007 | JW | Legal research and continue draft of supplemental brief in opposition to motion for summary judgment. | 5.60 | 2,520.00 |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| | | | **Hours** | **Amount** |
| 9/5/2007 | EYD | Meet with opposing counsel to review trial exhibits. | 0.50 | 75.00 |
| 9/7/2007 | PPM | Telephone conference with Chambers and Counsels regarding mediation.  Conferences regarding next steps and preparation for settlement conference.  Review and edit reply in support of of defendant's motions in limine.  Review and revise response to plaintiff's supplemental brief in support of its motion in limine. | 5.60 | 3,500.00 |
| | EYD | Draft, and file defendant's reply in support of motions in limine.  Review, edit and file brief in response to plaintiff's supplemental brief in support of its motion for summary judgment.  Conferences regarding same. | 6.70 | 1,005.00 |
| | JW | Finalize draft of supplemental opposition brief to plaintiff's motion for summary judgment.  Conference regarding same. | 5.30 | 2,385.00 |
| 9/10/2007 | PPM | Begin draft of settlement submission to Judge Glover.  Telephone conference with client regarding same. | 1.40 | 875.00 |
| 9/11/2007 | PPM | Finalize mediation submission to Judge Glover.  Conference regarding same. | 1.20 | 750.00 |
| | EYD | Review mediation letter to Judge Glover.  Telephone conference with Judge Glover's court regarding same. | 0.80 | 120.00 |
| | JW | Review mediation letter to Judge Glover.  Conference regarding settlement strategy. | 1.60 | 720.00 |
| 9/12/2007 | PPM | Attend pre-trial conference.  Conference regarding case strategy. | 2.50 | 1,562.50 |
| | JW | Attend pre-trial conference.  Conferences regarding case strategy and next steps. | 3.00 | 1,350.00 |
| 9/15/2007 | EYD | Review proposed jury instructions, edit and revise same with defendant's proposed jury instructions.  Review model jury instructions. | 7.50 | 1,125.00 |
| | JW | Draft defendant's trial brief.  Legal research and conferences regarding same. | 7.00 | 3,150.00 |
| | PPM | Review and edit draft of defendant's trial brief.  Conferences regarding the same. | 4.00 | 2,500.00 |
| 9/16/2007 | JW | Continue draft and legal research for defendant's trial brief.  Conferences regarding same. | 5.00 | 2,250.00 |
| | PPM | Review and conferences regarding defendant's trial brief. | 1.20 | 750.00 |
| | EYD | Revise and finalize defendant's proposed jury instructions.  Draft supplemental brief regarding damages.  Conferences regarding same. | 7.50 | 1,125.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 9/17/2007 | JW | Finalize defendant's trial brief.  Draft supplemental brief regarding jurisdiction.  Review and revise supplemental brief on damages.  Legal research and conferences regarding same. | 8.60 | 3,870.00 |
| | EYD | Review, format and file defendant's trial brief, supplemental brief on jurisdiction and damages.  Legal research and conferences regarding same.  Telephone conference with court clerk regarding delivery to physical exhibits.  Organize and assemble Judge's notebook and extra copy of trial exhibits for delivery to the Court. | 6.50 | 975.00 |
| 9/18/2007 | JW | Review plaintiff's trial brief and supplemental brief on jurisdiction and damages.  Legal research and conference regarding same. | 2.40 | 1,080.00 |
| | EYD | Organize physical trial exhibits and label same.  Meet with B. Kaser and J. Phillips to review physical exhibits.   Organize and delivery of same to the Court.  Review plaintiff's trial brief and supplemental brief on jurisdiction and damages.  Conferences regarding same. | 6.30 | 945.00 |
| 9/19/2007 | EYD | Review court order regarding plaintiff's motion for summary judgment and order on motions in limine.  Conference regarding same. | 1.20 | 180.00 |
| | JW | Review courts orders.  Conference regarding same. | 1.30 | 585.00 |
| 9/20/2007 | EYD | Review courts order regarding jury instructions.  Conduct legal research for same.  Draft supplemental jury instructions.  Conference regarding same and case strategy. | 4.00 | 600.00 |
| | JW | Conferences regarding case strategy and presentation of case. | 7.60 | 3,420.00 |
| | PPM | Conferences regarding trial and case preparation. | 6.70 | 4,187.50 |
| 9/21/2007 | EYD | File supplemental jury instruction.  Conference with client regarding trial. | 4.50 | 675.00 |
| | JW | Review and finalize supplemental jury instructions.  Conference with client regarding trial and strategy for same. | 7.30 | 3,285.00 |
| | PPM | Conference with client regarding case strategy.  Prepare for trial. | 7.30 | 4,562.50 |
| 9/23/2007 | PPM | Outline and prepare for trial.  Conferences with client. | 10.00 | 6,250.00 |
| | JW | Prepare for trial and strategy for presentation of case.  Conferences with client. | 10.00 | 4,500.00 |
| | EYD | Organize and arrange materials in preparation for trial.  Create trial notebooks.  Conferences with client to prepare for trial | 10.00 | 1,500.00 |
| 9/24/2007 | PPM | Conduct trial.  Prepare for trial continuation. | 10.50 | 6,562.50 |

| Date | | | Hours | Amount |
|------|---|---|-------|--------|
| 9/24/2007 | JW | Attend trial.  Prepare case for continuation of trial. | 10.50 | 4,725.00 |
| | EYD | Attend trial.  Prepare for continuation of trial | 10.50 | 1,575.00 |
| 9/25/2007 | PPM | Attend and conduct trial.  Conferences and preparation of case.  Legal research regarding damages. | 8.50 | 5,312.50 |
| | JW | Attend trial.  Prepare case and conferences regarding case strategy.  Conduct legal research regarding damages election, double recovery, and extraterritorial jury instructions as directed by the court.  Draft memorandum to the court regarding same. | 16.40 | 7,380.00 |
| | EYD | Attend trial.  Prepare case and strategy.  Review final draft of jury instructions, and verdict form.  Conference regarding same.  Legal research regarding damage election and extraterritorial instruction. | 11.60 | 1,740.00 |
| 9/26/2007 | PPM | Attend and prepare for trial.  Conferences regarding same. | 8.40 | 5,250.00 |
| | JW | Prepare and attend trial.  Conferences regarding same. | 8.40 | 3,780.00 |
| | EYD | Attend and prepare for trial.  Conferences regarding same. | 8.40 | 1,260.00 |
| 9/27/2007 | PPM | Appear at court to address jury questions and appear for verdict.  Conferences with client regarding same. | 4.20 | 2,625.00 |
| | JW | Court appearance to address jury question.  Appear for jury verdict.  Conferences with client regarding same and next steps. | 4.20 | 1,890.00 |
| | EYD | Appear at court for jury verdict.  Conferences with client and next steps. | 3.60 | 540.00 |
| 10/4/2007 | JW | Review plaintiff's motion for remittitur and equitable defenses. | 2.20 | 990.00 |
| 10/5/2007 | JW | Legal research regarding plaintiff's motion for remittitur and equitable defenses.  Conferences regarding same. | 3.70 | 1,665.00 |
| | PPM | Review plaintiff's motion for remittitur and equitable defenses.  Legal research and conferences regarding same. | 2.40 | 1,500.00 |
| 10/9/2007 | JW | Review plaintiff's supplemental motion for remittitur provided with attachments, and notice of lien.  Draft and file brief in response and conferences regarding same. | 3.40 | 1,530.00 |
| | PPM | Review plaintiff's motion for remittitur and attachments, and lien notice.  Conferences regarding opposition. | 2.00 | 1,250.00 |
| 10/10/2007 | PPM | Draft motion for permanent injunction.   Conference regarding same.  Prepare for oral argument on motion for remitter. | 3.50 | 2,187.50 |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 10/10/2007 | EYD | Review and file motion for permanent injunction.   Draft proposed order and conference regarding same. | 2.00 | 300.00 |
| | JW | Prepare for hearing on Propet's motion for remitter and equitable defenses. | 2.50 | 1,125.00 |
| 10/11/2007 | JW | Attend Court hearing on motion for remitter and equitable defenses. Conference regarding same. | 3.00 | 1,350.00 |
| | PPM | Attend and provide oral argument in opposition to motion for remitter and equitable defenses.  Conference regarding same. | 3.20 | 2,000.00 |
| 10/17/2007 | PPM | Review Propet's Motion for New Trial and Renewed Motion for Judgment as a Matter of Law.  Conference regarding same. | 2.60 | 1,625.00 |
| | JW | Review and conference regarding Propet's motion for a new trial and judgment as a matter of law. | 2.20 | 990.00 |
| 10/23/2007 | JW | Review Propet's response to Shugart's motion for a permanent injunction.  Conferences regarding same and election of damages. | 1.30 | 585.00 |
| | PPM | Review's response to motion for permanent injunction.  Conferences regarding same and damages election. | 1.50 | 937.50 |
| 10/24/2007 | JW | Review court's order on motion for remitter. | 0.50 | 225.00 |
| 10/25/2007 | JW | Begin draft reply in support of motion for permanent injunction. Conference regarding same. | 2.70 | 1,215.00 |
| | PPM | Conference regarding Shugart's motion for permanent injunction. | 0.70 | 437.50 |
| 10/26/2007 | JW | Finalize and file reply in support of motion for permanent injunction. | 2.50 | 1,125.00 |
| | PPM | Review and finalize reply brief in support of motion for permanent injunction. | 1.00 | 625.00 |
| 10/27/2007 | JW | Legal research and begin draft of response to motion for new trial and JNOV. | 4.20 | 1,890.00 |
| 10/28/2007 | JW | Continue draft of response to motion for new trial. | 2.50 | 1,125.00 |
| 10/29/2007 | JW | Finalize and file response to Propet's motion for new trial and JNOV. Conferences regarding same. | 5.50 | 2,475.00 |
| | PPM | Review, draft and finalize response to motion for new trial and judgment as a matter of law.  Conferences regarding same. | 4.00 | 2,500.00 |
| 10/30/2007 | JW | Review Propet's Surreply to Shugart's motion for permanent injunction. Conference regarding same. | 0.30 | 135.00 |

|            |     |                                                                                                          | Hours | Amount   |
|------------|-----|----------------------------------------------------------------------------------------------------------|-------|----------|
| 10/30/2007 | PPM | Conference regarding Propet's surreply on motion for permanent injunction.                               | 0.20  | 125.00   |
| 11/5/2007  | JW  | Review Propet's reply in support of its motion for new trial and JNOV.                                    | 0.80  | 360.00   |
|            | PPM | Review reply filed by Propet in support of a new trial and judgment as a matter of law.                  | 0.60  | 375.00   |
| 11/16/2007 | JW  | Review Plaintiff's Motion for a Protective Order. Conferences regarding the same.                        | 2.00  | 900.00   |
|            | EYD | Review and conferences regarding Propet's Motion for Protective Order.                                   | 0.60  | 90.00    |
|            | PPM | Conferences regarding Propet's motion for a protective order.                                            | 1.00  | 625.00   |
| 11/26/2007 | JW  | Draft, finalize and file Shugart's response to Propet's protective order.                                | 4.60  | 2,070.00 |
|            | PPM | Revise and review draft response to Propet's Motion for a Protective Order.                              | 2.40  | 1,500.00 |
| 11/29/2007 | JW  | Review Propet's reply in support of its motion for a protective order. Begin draft of surreply. Conference regarding same. | 3.00  | 1,350.00 |
|            | PPM | Review Propet's reply in support of motion for protective order and conferences regarding same.          | 2.00  | 1,250.00 |
| 11/30/2007 | JW  | Finalize and file surreply in opposition to Propet's motion for protective order. Conference regarding same. | 3.70  | 1,665.00 |
|            | PPM | Review and conference regarding surreply to motion for protective order.                                 | 1.50  | 937.50   |
| 12/13/2007 | JW  | Review court order on motion for new trial and JNOV, and order on permanent injunction.                  | 0.70  | 315.00   |
|            | EYD | Review court orders on motion for new trial, judgment as a matter of law, and permanent injunction.      | 0.20  | 30.00    |
| 12/14/2007 | JW  | Draft and file election of damages. Conference with client regarding same.                               | 1.00  | 450.00   |
| 12/21/2007 | JW  | Review court order on temporary protective order. Conference with client regarding same.                 | 2.40  | 1,080.00 |
|            | PPM | Review order granting plaintiff's motion for a protective order. Conference regarding same.              | 2.25  | 1,406.25 |
| 12/27/2007 | JW  | Draft response to Court Order regarding proposed entry permanent injunction.                             | 4.00  | 1,800.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 12/28/2007 | JW | Continue draft regarding entry of permanent injunction. | 2.00 | 900.00 |
| 1/2/2008 | JW | Conferences regarding response to Court Order on entry of permanent injunction. Finalize and file same with the Court. | 4.60 | 2,070.00 |
| | PPM | Review draft response regarding entry of permanent injunction. Conferences regarding same. | 2.50 | 1,562.50 |
| 1/14/2008 | JW | Review appeal notices and conference regarding same. | 2.00 | 900.00 |
| | PPM | Conference regarding appeal and next steps. | 2.00 | 1,250.00 |
| 1/17/2008 | JW | Review Court Order on permanent injunction. Conference regarding same. | 1.00 | 450.00 |
| | PPM | Review Court order and conference entering permanent injunction. | 1.20 | 750.00 |
| 1/18/2008 | PPM | Conference regarding motion for attorneys fees. | 1.00 | 625.00 |
| | JW | Conference regarding motion for attorneys fees and legal research regarding same. | 3.00 | 1,350.00 |
| 1/24/2008 | JW | Review entry of judgment. Conference with client regarding same and appellate proceedings. | 3.50 | 1,575.00 |
| | PPM | Review court's order entering judgment. Conference with client regarding same and procedural next steps. | 3.50 | 2,187.50 |
| 1/29/2008 | JW | Review Amendment to Appeal. Conference regarding same and motion for fees. Legal research regarding fees motion. | 3.50 | 1,575.00 |
| | PPM | Conference regarding Amendment to Appeal and motion for fees. | 1.50 | 937.50 |
| 1/31/2008 | JW | Draft L. Shugart's Motion for Attorneys fees. Legal research regarding same. Review catalog materials submitted by Propet. Conference with client regarding same. | 3.25 | 1,462.50 |
| | PPM | Review Propet's 2008 catalog materials. Telephone conference with client regarding same. | 1.00 | 625.00 |
| 2/1/2008 | JW | Continue draft of motion for fees. Legal research and conference regarding same. | 1.50 | 675.00 |
| 2/4/2008 | JW | Legal research regarding motion for attorneys fees. Conference regarding same. | 2.40 | 1,080.00 |
| | PPM | Conference regarding motion for fees. Legal research regarding same. | 1.20 | 750.00 |

| Date | | | Hours | Amount |
|------|---|---|-------|--------|
| 2/5/2008 | JW | Continue and review draft of L. Shugart's motion for attorneys fees. Conference regarding same. | 2.00 | 900.00 |
| | PPM | Review and edit motion for attorneys fees and conference regarding same. | 2.00 | 1,250.00 |
| 2/6/2008 | JW | Review and finalize motion for attorneys fees.  File same with the court.  Conference regarding same.  Review Defendant's motion to stay. | 2.75 | 1,237.50 |
| | PPM | Review and revise motion for attorneys fee.  Conference regarding same. | 1.75 | 1,093.75 |
| 2/7/2008 | PPM | Review Propoet's motion to stay.  Conference with client regarding same.  Conference regarding proposed order on motion for fees.  Review and revise same for filing. | 1.50 | 937.50 |
| | EYD | Draft and file proposed order on plaintiff's motion for attorneys' fees. | 0.50 | 75.00 |
| 2/11/2008 | JW | Review transcript designation by defendant.  Review file and conference regarding testimony designation. | 0.75 | 337.50 |
| | PPM | Conference regarding testimony designation and transcript order. | 0.50 | 312.50 |
| 2/13/2008 | JW | Meeting the client regarding Propet catalog materials.  Review and document same. | 5.00 | 2,250.00 |
| | PPM | Conference with client to discuss continued infringement in Propet's 2008 catalog. | 5.00 | 3,125.00 |
| 2/19/2008 | EYD | Review Transcript Order, Notice of Transcript Designation, and Local Rules regarding same.  Telephone conference with legal assistant at Talmadge Fitzpatrick PLLC regarding designation of testimony of L. Shugart on 9/25/07.  Conference regarding same. | 1.50 | 225.00 |
| | PPM | Conference regarding transcript designation of L. Shugart. | 0.30 | 187.50 |
| 2/20/2008 | JW | Email correspondences with client regarding continued infringements.  Review Propet's response to Shugart's motion for attorneys fees.  Draft reply in support of motion for attorney's fees.  Conference regarding same. | 3.50 | 1,575.00 |
| | PPM | Review Propet's response to motion for fees.  Conference regarding same and reply briefing. | 1.50 | 937.50 |
| 2/21/2008 | JW | Finalize documentation of Propet's continued infringements.  Email B. Kaser documentation of same.  Conference regarding same.  Finalize and file reply in support of Shugart's motion for attorneys fees. | 4.20 | 1,890.00 |
| | PPM | Review reply in support of motion for fees.  Conference regarding same. | 1.00 | 625.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 2/22/2008 | JW | Correspondence with B. Kaser regarding continued infringements.  File same with the Court.  Conference and correspondence with client regarding same. | 1.50 | 675.00 |
| | PPM | Review correspondence from B. Kaser.  Conference regarding same. | 0.60 | 375.00 |
| 2/26/2008 | JW | Email correspondences with B. Kaser regarding continued infringements.  Conferences and email correspondences with client regarding same. | 1.20 | 540.00 |
| | PPM | Conferences regarding Propet's continued infringements. | 0.40 | 250.00 |
| 3/7/2008 | JW | Review Court order denying motion for fees.  Conference regarding same. | 1.50 | 675.00 |
| | PPM | Conference regarding court's order on motion for fees.  Conference regarding same. | 1.00 | 625.00 |
| 3/14/2008 | JW | Review B. Kaser's Declaration regarding Propet's continued infringements. | 0.70 | 315.00 |
| | **For professional services rendered** | | **632.75** | **$260,455.00** |

EXPENSES:

| | | Amount |
|---|---|---|
| 4/30/2007 | In-house photocopying expenses for April, 2007. | 35.10 |
| 8/17/2007 | Photocopying expenses incurred with Sound Legal Copy regarding trial exhibits. | 33.81 |
| 9/10/2007 | Conference room expense regarding attorney conference. | 64.00 |
| 9/17/2007 | Expenses for numbered tabs to create trial notebooks (Sound Legal Copy) | 48.79 |
| 9/18/2007 | Photocopying expenses regarding creation of trial exhibits notebook (Sound Legal Copy) | 192.97 |
| | Photocopying expenses regarding creation of CDs relating to shoe images (Sound Legal Copy) | 284.23 |
| 9/23/2007 | Lunch during preparation for trial. | 24.70 |
| 9/25/2007 | Lunch during trial. | 25.27 |
| 10/18/2007 | September 26, 2007 Trial Transcript (Nichole Rhynard). | 159.36 |
| | **Total expenses** | **$868.23** |
| | **Total amount of this bill** | **$261,323.23** |

| | Amount |
|---|---|
| Balance due | $261,323.23 |

EXHIBIT "D"

TIME RECORDS OF CARNEY BADLEY

**CARNEY
BADLEY
SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION

701 FIFTH AVENUE, SUITE 3600
SEATTLE, WA 98104-7010
FAX (206) 622-8983
TEL (206) 622-8020
TAX ID #: 91-0911710

March 15, 2006

Bill Number   73022
File Number  SHU008-00001

LLOYD SHUGART
55 SO ATLANTIC
SEATTLE, WA 98134

Re: **PROPET USA, INC V.**

## REMITTANCE STATEMENT

Please enclose this page with your payment or include this information on your check stub.

| Bill number | Date of bill | Bill amount | Amount paid | Amount due | Amount remitted |
|---|---|---|---|---|---|
| 74013 | 04/14/06 | $9,692.87 | $0.00 | $9,692.87 | $ _____ |
| 74690 | 05/10/06 | $3,657.90 | $0.00 | $3,657.90 | $ _____ |
| 75432 | 06/09/06 | $810.45 | $0.00 | $810.45 | $ _____ |
| 77411 | 08/10/06 | $3,928.65 | $0.00 | $3,928.65 | $ _____ |
| 77992 | 09/11/06 | $2,401.00 | $0.00 | $2,401.00 | $ _____ |
| 78913 | 10/09/06 | $1,843.38 | $0.00 | $1,843.38 | $ _____ |
| 80037 | 11/10/06 | $2,009.30 | $0.00 | $2,009.30 | $ _____ |
| 81396 | 12/15/06 | $698.50 | $0.00 | $698.50 | $ _____ |
| 81866 | 01/10/07 | $294.00 | $0.00 | $294.00 | $ _____ |
| 87568 | 07/18/07 | $322.75 | $0.00 | $322.75 | $ _____ |
| 88702 | 08/20/07 | $1,325.00 | $0.00 | $1,325.00 | $ _____ |
| 89616 | 09/18/07 | $344.24 | $0.00 | $344.24 | $ _____ |
| * 73022 | 03/15/06 | $7,382.60 | $0.00 | $7,382.60 | $ _____ |

Amounts are due thirty days after billing date. Late charges may be applied at 1.0% per month
on unpaid balances

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION

701 FIFTH AVENUE, SUITE 3600
SEATTLE, WA 98104-7010
FAX (206) 622-8983
TEL (206) 622-8020
TAX ID #: 91-0911710

March 15, 2006

Bill Number  73022
File Number SHU008-00001

LLOYD SHUGART

TOTAL DUE                    $34,710.64     $ _____

\* - Current Bill

If you have already paid any portion of the total balance, we thank you. If not, please remit payment in full as soon as possible.

## METHOD OF PAYMENT

____    Check or money order payable to: Carney Badley Spellman

____    Charge my Visa  ____    or Mastercard  ____    account for    $ _____

Card # _____        Expiration date _____

Name on the account _____

Signature _____

**CARNEY**
**BADLEY**
**SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION

701 FIFTH AVENUE, SUITE 3600
SEATTLE, WA 98104-7010
FAX (206) 622-8983
TEL (206) 622-8020
TAX ID #: 91-0911710

March 15, 2006

Bill Number  73022
File Number SHU008-00001

LLOYD SHUGART
55 SO ATLANTIC
SEATTLE, WA 98134

Re: PROPET USA, INC V.

**PROFESSIONAL SERVICES**

Through February 28, 2006

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| 02/14/06 | JAP | Meeting with client. Begin legal research on issues raised in case. | 2.70 Hrs | 245/hr | $661.50 |
| 02/14/06 | SS | Review Complaint.  Meeting with L. Schugart re Complaint filed by Propet USA. | 4.00 Hrs | 220/hr | $880.00 |
| 02/15/06 | JAP | Two telephone calls with Propet attorney. Exchange e-mails with client. Legal Research regarding copyright issues. Legal Research regarding damages. | 2.40 Hrs | 245/hr | $588.00 |
| 02/15/06 | SS | Review correspondence from attorney for Propet.  Legal research re copyright registration, statutory damages, and attorney fees. | 3.20 Hrs | 220/hr | $704.00 |
| 02/16/06 | JAP | Review e-mails from client. | 0.70 Hrs | 245/hr | $171.50 |
| 02/16/06 | SS | Review email correspondence from L. Shugart re Propet. | 0.70 Hrs | 220/hr | $154.00 |
| 02/17/06 | JAP | Meeting with client. | 1.10 Hrs | 245/hr | $269.50 |
| 02/17/06 | SS | Meeting with L. Shugart re copyrighted photographs. | 1.20 Hrs | 220/hr | $264.00 |



LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION

701 FIFTH AVENUE, SUITE 3600
SEATTLE, WA 98104-7010
FAX (206) 622-8983
TEL (206) 622-8020
TAX ID #: 91-0911710

**CARNEY
BADLEY
SPELLMAN**

March 15, 2006

Bill Number  73022
File Number SHU008-00001

LLOYD SHUGART

Re: PROPET USA, INC V.

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| 02/21/06 | JAP | Legal Research regarding Propet infringement issues. | 2.90 Hrs | 245/hr | $710.50 |
| 02/21/06 | LAD | Research Propet USA, Inc., and Propet Canada, Inc. | 0.80 Hrs | 125/hr | $100.00 |
| 02/22/06 | JAP | Review e-mails. Legal Research regarding copyright damages. | 2.70 Hrs | 245/hr | $661.50 |
| 02/22/06 | LAD | Continue research Propet USA, Inc., and Propet Canada, Inc.  Obtain corporate information for Propet USA, Inc. from CT Corporation. | 0.80 Hrs | 125/hr | $100.00 |
| 02/23/06 | JAP | Work on drafting answer to complaint. | 0.90 Hrs | 245/hr | $220.50 |
| 02/24/06 | JAP | Meeting with L. Doyle and P. Gregory regarding Canadian/corporate information. Continue legal research regarding legal issues. | 1.60 Hrs | 245/hr | $392.00 |
| 02/24/06 | LAD | Research Canadian corporation information. | 1.70 Hrs | 125/hr | $212.50 |
| 02/24/06 | PAG | Lloyd Shugart -- Correspondence from and to J. Payne re meeting.  Legal research re corporate status of Lloyd Shugart/Studio 413 and Propet USA, Inc. and related Propet entities.  Meeting with J. Payne and L. Doyle re same and discovery options re corporate history.  Legal research re Propet Canada, Inc. and obtaining Ontario business records.  Correspondence to L. Doyle re same and additional interrogatory questions. | 1.00 Hrs | 135/hr | $135.00 |
| 02/27/06 | JAP | Meeting with client. Follow up review of documents. | 2.60 Hrs | 245/hr | $637.00 |



**CARNEY**
**BADLEY**
**SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION

701 FIFTH AVENUE, SUITE 3600
SEATTLE, WA 98104-7010
FAX (206) 622-8983
TEL (206) 622-8020
TAX ID #: 91-0911710

March 15, 2006

Bill Number  73022
File Number SHU008-00001

LLOYD SHUGART

Re: PROPET USA, INC V.

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| 02/27/06 | LAD | Continue research Propet Canada, Inc. | 0.50 Hrs | 125/hr | $62.50 |
| 02/27/06 | SS | Legal research re enforceability of unsigned license. | 0.40 Hrs | 220/hr | $88.00 |

TOTAL PROFESSIONAL SERVICES     $7,012.00

**PROFESSIONAL SERVICES**

| | | | |
|---|---|---|---|
| JON A. PAYNE | 17.60 Hrs | 245/hr | $4,312.00 |
| LAURA A. DOYLE | 3.80 Hrs | 125/hr | $475.00 |
| PAM GREGORY | 1.00 Hrs | 135/hr | $135.00 |
| SANDIP SOLI | 9.50 Hrs | 220/hr | $2,090.00 |
| | 31.90 Hrs | | $7,012.00 |

**DISBURSEMENTS**

Through February 28, 2006

Advanced Costs

| 02/24/06 | Propet USA Annual Report - CT Corporation | 60.85 | |
|----------|-------------------------------------------|-------|--------|
| | | | $60.85 |

Computer Research     $309.75

TOTAL DISBURSEMENTS     $370.60

**CARNEY**
**BADLEY**
**SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION

701 FIFTH AVENUE, SUITE 3600
SEATTLE, WA 98104-7010
FAX (206) 622-8983
TEL (206) 622-8020
TAX ID #: 91-0911710

March 15, 2006

Bill Number  73022
File Number SHU008-00001

LLOYD SHUGART

TOTAL THIS BILL          $7,382.60

**CARNEY**
**BADLEY**
**SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION

701 FIFTH AVENUE, SUITE 3600
SEATTLE, WA 98104-7010
FAX (206) 622-8983
TEL (206) 622-8020
TAX ID #: 91-0911710

April 14, 2006

Bill Number 74013
File Number SHU008-00001

LLOYD SHUGART
55 SO ATLANTIC
SEATTLE, WA 98134

Re: <u>PROPET USA, INC V.</u>

## REMITTANCE STATEMENT

Please enclose this page with your payment or include this information on your check stub.

| Bill number | Date of bill | Bill amount | Amount paid | Amount due | Amount remitted |
|---|---|---|---|---|---|
| 73022 | 03/15/06 | $7,382.60 | $0.00 | $7,382.60 | $ _____ |
| 74690 | 05/10/06 | $3,657.90 | $0.00 | $3,657.90 | $ _____ |
| 75432 | 06/09/06 | $810.45 | $0.00 | $810.45 | $ _____ |
| 77411 | 08/10/06 | $3,928.65 | $0.00 | $3,928.65 | $ _____ |
| 77992 | 09/11/06 | $2,401.00 | $0.00 | $2,401.00 | $ _____ |
| 78913 | 10/09/06 | $1,843.38 | $0.00 | $1,843.38 | $ _____ |
| 80037 | 11/10/06 | $2,009.30 | $0.00 | $2,009.30 | $ _____ |
| 81396 | 12/15/06 | $698.50 | $0.00 | $698.50 | $ _____ |
| 81866 | 01/10/07 | $294.00 | $0.00 | $294.00 | $ _____ |
| 87568 | 07/18/07 | $322.75 | $0.00 | $322.75 | $ _____ |
| 88702 | 08/20/07 | $1,325.00 | $0.00 | $1,325.00 | $ _____ |
| 89616 | 09/18/07 | $344.24 | $0.00 | $344.24 | $ _____ |
| * 74013 | 04/14/06 | $9,692.87 | $0.00 | $9,692.87 | $ _____ |

Amounts are due thirty days after billing date. Late charges may be applied at 1.0% per month
on unpaid balances

**CARNEY**
**BADLEY**
**SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION

701 FIFTH AVENUE, SUITE 3600
SEATTLE, WA 98104-7010
FAX (206) 622-8983
TEL (206) 622-8020
TAX ID #: 91-0911710

April 14, 2006

Bill Number  74013
File Number SHU008-00001

LLOYD SHUGART

TOTAL DUE                    $34,710.64      $ _____

\* - Current Bill
If you have already paid any portion of the total balance, we thank you. If not, please remit
payment in full as soon as possible.

## METHOD OF PAYMENT

_____    Check or money order payable to: Carney Badley Spellman
_____    Charge my Visa  _____  or Mastercard  _____  account for   $ _____
Card # _____    Expiration date _____
Name on the account _____
Signature _____

# CARNEY
# BADLEY
# SPELLMAN

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION

701 FIFTH AVENUE, SUITE 3600
SEATTLE, WA 98104-7010
FAX (206) 622-8983
TEL (206) 622-8020
TAX ID #: 91-0911710

April 14, 2006

Bill Number  74013
File Number SHU008-00001

LLOYD SHUGART
55 SO ATLANTIC
SEATTLE, WA 98134

Re: PROPET USA, INC V.

**PROFESSIONAL SERVICES**

Through March 31, 2006

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| 03/01/06 | JAP | Telephone call with B. Kaser. Review pleadings and relevant documents. | 1.40 Hrs | 245/hr | $343.00 |
| 03/03/06 | JAP | Continue legal research regarding legal issues raised in case. Continue reviewing materials received from client. | 2.10 Hrs | 245/hr | $514.50 |
| 03/03/06 | SS | Legal research re compulsory counterclaims for copyright infringement, statute of frauds for unsigned contracts and admissibility of settlement discussions. | 2.10 Hrs | 220/hr | $462.00 |
| 03/04/06 | SS | Work on memorandum re compulsory counterclaims for copyright infringement, statute of frauds for unsigned contracts, and admissibility of settlement discussions. | 1.50 Hrs | 220/hr | $330.00 |
| 03/06/06 | JAP | Telephone conference with client. Case status/discovery conference with B. Kaser and J. Phillips. | 1.90 Hrs | 245/hr | $465.50 |
| 03/06/06 | SS | Work on memorandum re compulsory counterclaims for copyright infringement, statute of frauds for unsigned contracts, and admissibility of settlement discussions. | 3.80 Hrs | 220/hr | $836.00 |
| 03/08/06 | SS | Legal research re copyright infringement. | 2.10 Hrs | 220/hr | $462.00 |

# CARNEY
# BADLEY
# SPELLMAN

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION

701 FIFTH AVENUE, SUITE 3600
SEATTLE, WA 98104-7010
FAX (206) 622-8983
TEL (206) 622-8020
TAX ID #: 91-0911710

April 14, 2006

Bill Number 74013
File Number SHU008-00001

LLOYD SHUGART

Re: PROPET USA, INC V.

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| 03/09/06 | JAP | Review issues regarding copyright registration and mandatory counterclaims. | 1.90 Hrs | 245/hr | $465.50 |
| 03/09/06 | LAD | Conference with Jon Payne regarding preparation of Initial Disclosures. | 0.20 Hrs | 125/hr | $25.00 |
| 03/10/06 | JAP | Telephone message to client. Telephone call with client. | 0.80 Hrs | 245/hr | $196.00 |
| 03/13/06 | JAP | Review e-mail from client. | 0.30 Hrs | 245/hr | $73.50 |
| 03/14/06 | JAP | Continue consolidating materials for initial disclosure. | 0.40 Hrs | 245/hr | $98.00 |
| 03/14/06 | LAD | Preparation of Defendant's Initial Disclosures Pursuant to FRCP 26(a)(1). | 2.20 Hrs | 125/hr | $275.00 |
| 03/15/06 | JAP | Review e-mails. Telephone conference with client. Draft e-mail to B. Kaser. | 1.40 Hrs | 245/hr | $343.00 |
| 03/16/06 | JAP | Work on Initial Disclosures. | 2.40 Hrs | 245/hr | $588.00 |
| 03/16/06 | LAD | Continue preparation of Defendant's Initial Disclosures. | 4.00 Hrs | 125/hr | $500.00 |
| 03/20/06 | JAP | Review final Initial Disclosures. Review Shugart Initial Disclosures. Meeting with client. | 4.20 Hrs | 245/hr | $1,029.00 |
| 03/21/06 | JAP | Continue drafting Answer and Counterclaim. | 1.80 Hrs | 245/hr | $441.00 |
| 03/22/06 | JAP | Review e-mails. Two telephone calls with client. Work on Joint Status Report. | 2.30 Hrs | 245/hr | $563.50 |
| 03/24/06 | JAP | Meeting with client. Review additional materials. | 1.20 Hrs | 245/hr | $294.00 |
| 03/30/06 | JAP | Work on Answer/Counterclaim. | 2.70 Hrs | 245/hr | $661.50 |

Page 2

**CARNEY**
**BADLEY**
**SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION

701 FIFTH AVENUE, SUITE 3600
SEATTLE, WA 98104-7010
FAX (206) 622-8983
TEL (206) 622-8020
TAX ID #: 91-0911710

April 14, 2006

Bill Number  74013
File Number SHU008-00001

LLOYD SHUGART

Re: PROPET USA, INC V.

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| 03/31/06 | JAP | Continue legal research/drafting answer and counterclaim. | 2.20 Hrs | 245/hr | $539.00 |

|  |  |  | TOTAL PROFESSIONAL SERVICES | | $9,505.00 |
|--|--|--|--|--|--|

**PROFESSIONAL SERVICES**

| | | | |
|--|--|--|--|
| JON A. PAYNE | 27.00 Hrs | 245/hr | $6,615.00 |
| LAURA A. DOYLE | 6.40 Hrs | 125/hr | $800.00 |
| SANDIP SOLI | 9.50 Hrs | 220/hr | $2,090.00 |
| | 42.90 Hrs | | $9,505.00 |

**DISBURSEMENTS**

Through March 31, 2006

Legal Messenger                                                     $5.00

Copies                                                             $110.85

Travel

| 03/29/06 | Uncertified Corporate Profile Reports (MC-DLD) | 72.02 | |
|----------|-----------------------------------------------|-------|--|
| | | | $72.02 |

TOTAL DISBURSEMENTS                          $187.87

**CARNEY**
**BADLEY**
**SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION

701 FIFTH AVENUE, SUITE 3600
SEATTLE, WA 98104-7010
FAX (206) 622-8983
TEL (206) 622-8020
TAX ID #: 91-0911710

April 14, 2006

Bill Number  74013
File Number SHU008-00001

LLOYD SHUGART

TOTAL THIS BILL          $9,692.87

**CARNEY**
**BADLEY**
**SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION

701 FIFTH AVENUE, SUITE 3600
SEATTLE, WA 98104-7010
FAX (206) 622-8983
TEL (206) 622-8020
TAX ID #: 91-0911710

May 10, 2006

Bill Number  74690
File Number SHU008-00001

LLOYD SHUGART
55 SO ATLANTIC
SEATTLE, WA 98134

Re: <u>**PROPET USA, INC V.**</u>

## REMITTANCE STATEMENT

Please enclose this page with your payment or include this information on your check stub.

| Bill number | Date of bill | Bill amount | Amount paid | Amount due | Amount remitted |
|---|---|---|---|---|---|
| 73022 | 03/15/06 | $7,382.60 | $0.00 | $7,382.60 | $ _____ |
| 74013 | 04/14/06 | $9,692.87 | $0.00 | $9,692.87 | $ _____ |
| 75432 | 06/09/06 | $810.45 | $0.00 | $810.45 | $ _____ |
| 77411 | 08/10/06 | $3,928.65 | $0.00 | $3,928.65 | $ _____ |
| 77992 | 09/11/06 | $2,401.00 | $0.00 | $2,401.00 | $ _____ |
| 78913 | 10/09/06 | $1,843.38 | $0.00 | $1,843.38 | $ _____ |
| 80037 | 11/10/06 | $2,009.30 | $0.00 | $2,009.30 | $ _____ |
| 81396 | 12/15/06 | $698.50 | $0.00 | $698.50 | $ _____ |
| 81866 | 01/10/07 | $294.00 | $0.00 | $294.00 | $ _____ |
| 87568 | 07/18/07 | $322.75 | $0.00 | $322.75 | $ _____ |
| 88702 | 08/20/07 | $1,325.00 | $0.00 | $1,325.00 | $ _____ |
| 89616 | 09/18/07 | $344.24 | $0.00 | $344.24 | $ _____ |
| * 74690 | 05/10/06 | $3,657.90 | $0.00 | $3,657.90 | $ _____ |

Amounts are due thirty days after billing date. Late charges may be applied at 1.0% per month
on unpaid balances

**CARNEY**
**BADLEY**
**SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION

701 FIFTH AVENUE, SUITE 3600
SEATTLE, WA 98104-7010
FAX (206) 622-8983
TEL (206) 622-8020
TAX ID #: 91-0911710

May 10, 2006

Bill Number  74690
File Number SHU008-00001

LLOYD SHUGART

TOTAL DUE $34,710.64 $ _____

\* - Current Bill
If you have already paid any portion of the total balance, we thank you. If not, please remit payment in full as soon as possible.

## METHOD OF PAYMENT

\_\_\_\_ Check or money order payable to: Carney Badley Spellman
\_\_\_\_ Charge my Visa  \_\_\_\_ or Mastercard  \_\_\_\_ account for  $ _____
Card # _____ Expiration date _____
Name on the account _____
Signature _____

# CARNEY
# BADLEY
# SPELLMAN

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION

701 FIFTH AVENUE, SUITE 3600
SEATTLE, WA 98104-7010
FAX (206) 622-8983
TEL (206) 622-8020
TAX ID #: 91-0911710

May 10, 2006

Bill Number  74690
File Number SHU008-00001

LLOYD SHUGART
55 SO ATLANTIC
SEATTLE, WA 98134

Re: PROPET USA, INC V.

**PROFESSIONAL SERVICES**

Through April 30, 2006

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| 04/03/06 | JAP | Work on Answer/Counterclaim. | 2.30 Hrs | 245/hr | $563.50 |
| 04/12/06 | JAP | Draft e-mail to client. Telephone conference with client. Telephone message to FBI agent S. Anaker. | 0.70 Hrs | 245/hr | $171.50 |
| 04/13/06 | JAP | Continue drafting Answer/Counterclaim. Telephone message to S. Anaker. Meeting with client. | 1.90 Hrs | 245/hr | $465.50 |
| 04/17/06 | JAP | Revise Answer/Counterclaim. | 0.60 Hrs | 245/hr | $147.00 |
| 04/18/06 | JAP | Review e-mail from client. | 0.40 Hrs | 245/hr | $98.00 |
| 04/19/06 | JAP | Work on Interrogatories. | 0.70 Hrs | 245/hr | $171.50 |
| 04/21/06 | JAP | Final draft of Complaint and Counterclaim. File Complaint and Counterclaim. Draft letter to J. Phillips. | 2.80 Hrs | 245/hr | $686.00 |
| 04/21/06 | LAD | Preparation of Shugart's First Interrogatories and Requests for Production. | 2.60 Hrs | 125/hr | $325.00 |
| 04/24/06 | JAP | Work on Interrogatories. | 1.40 Hrs | 245/hr | $343.00 |
| 04/27/06 | JAP | Additional legal research regarding claims and counterclaims. | 0.70 Hrs | 245/hr | $171.50 |
| 04/28/06 | JAP | Review Propet corporate information. | 0.70 Hrs | 245/hr | $171.50 |

Page 1

# CARNEY
# BADLEY
# SPELLMAN

701 FIFTH AVENUE, SUITE 3600
SEATTLE, WA 98104-7010
FAX (206) 622-8983
TEL (206) 622-8020
TAX ID #: 91-0911710

May 10, 2006

Bill Number  74690
File Number SHU008-00001

LLOYD SHUGART

Re: PROPET USA, INC V.

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| 04/29/06 | JAP | Review Complaint. Revise Interrogatories. | 1.40 Hrs | 245/hr | $343.00 |

|  |  |
|--|--|
| TOTAL PROFESSIONAL SERVICES | $3,657.00 |

**PROFESSIONAL SERVICES**

| | Time | Rate | Value |
|--|------|------|-------|
| JON A. PAYNE | 13.60 Hrs | 245/hr | $3,332.00 |
| LAURA A. DOYLE | 2.60 Hrs | 125/hr | $325.00 |
| | 16.20 Hrs | | $3,657.00 |

**DISBURSEMENTS**

Through April 30, 2006

Copies $0.90

TOTAL DISBURSEMENTS $0.90

TOTAL THIS BILL $3,657.90

**CARNEY**
**BADLEY**
**SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION

701 FIFTH AVENUE, SUITE 3600
SEATTLE, WA 98104-7010
FAX (206) 622-8983
TEL (206) 622-8020
TAX ID #: 91-0911710

May 10, 2006

Bill Number 74690
File Number SHU008-00001

LLOYD SHUGART

**CARNEY**
**BADLEY**
**SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION

701 FIFTH AVENUE, SUITE 3600
SEATTLE, WA 98104-7010
FAX (206) 622-8983
TEL (206) 622-8020
TAX ID #: 91-0911710

June 9, 2006

Bill Number  75432
File Number  SHU008-00001

LLOYD SHUGART
55 SO ATLANTIC
SEATTLE, WA 98134

Re: **PROPET USA, INC V.**

## REMITTANCE STATEMENT

Please enclose this page with your payment or include this information on your check stub.

| | Bill number | Date of bill | Bill amount | Amount paid | Amount due | Amount remitted |
|---|---|---|---|---|---|---|
| | 73022 | 03/15/06 | $7,382.60 | $0.00 | $7,382.60 | $ _____ |
| | 74013 | 04/14/06 | $9,692.87 | $0.00 | $9,692.87 | $ _____ |
| | 74690 | 05/10/06 | $3,657.90 | $0.00 | $3,657.90 | $ _____ |
| | 77411 | 08/10/06 | $3,928.65 | $0.00 | $3,928.65 | $ _____ |
| | 77992 | 09/11/06 | $2,401.00 | $0.00 | $2,401.00 | $ _____ |
| | 78913 | 10/09/06 | $1,843.38 | $0.00 | $1,843.38 | $ _____ |
| | 80037 | 11/10/06 | $2,009.30 | $0.00 | $2,009.30 | $ _____ |
| | 81396 | 12/15/06 | $698.50 | $0.00 | $698.50 | $ _____ |
| | 81866 | 01/10/07 | $294.00 | $0.00 | $294.00 | $ _____ |
| | 87568 | 07/18/07 | $322.75 | $0.00 | $322.75 | $ _____ |
| | 88702 | 08/20/07 | $1,325.00 | $0.00 | $1,325.00 | $ _____ |
| | 89616 | 09/18/07 | $344.24 | $0.00 | $344.24 | $ _____ |
| * | 75432 | 06/09/06 | $810.45 | $0.00 | $810.45 | $ _____ |

Amounts are due thirty days after billing date. Late charges may be applied at 1.0% per month
on unpaid balances

**CARNEY**
**BADLEY**
**SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION

701 FIFTH AVENUE, SUITE 3600
SEATTLE, WA 98104-7010
FAX (206) 622-8983
TEL (206) 622-8020
TAX ID #: 91-0911710

June 9, 2006

Bill Number  75432
File Number SHU008-00001

LLOYD SHUGART

TOTAL DUE                    $34,710.64    $ _____

\* - Current Bill
If you have already paid any portion of the total balance, we thank you. If not, please remit
payment in full as soon as possible.

## METHOD OF PAYMENT

_____    Check or money order payable to: Carney Badley Spellman
_____    Charge my Visa    _____    or Mastercard    _____    account for    $ _____
Card # _____    Expiration date _____
Name on the account _____
Signature _____

**CARNEY
BADLEY
SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION

701 FIFTH AVENUE, SUITE 3600
SEATTLE, WA 98104-7010
FAX (206) 622-8983
TEL (206) 622-8020
TAX ID #: 91-0911710

June 9, 2006

Bill Number  75432
File Number SHU008-00001

LLOYD SHUGART
55 SO ATLANTIC
SEATTLE, WA 98134

Re: PROPET USA, INC V.

**PROFESSIONAL SERVICES**

Through May 31, 2006

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| 05/01/06 | JAP | Review additional information regarding Propet. | 0.40 Hrs | 245/hr | $98.00 |
| 05/01/06 | LAD | Review and revise Defendant Shugart's First Interrogatories and Requests for Production of Documents to Plaintiff. | 1.00 Hrs | 125/hr | $125.00 |
| 05/04/06 | LAD | Revise Defendant Shugart's First Interrogatories and Requests for Production to Plaintiff. | 0.50 Hrs | 125/hr | $62.50 |
| 05/10/06 | JAP | Final draft of Interrogatories. | 0.70 Hrs | 245/hr | $171.50 |
| 05/10/06 | LAD | Revise Defendant Shugart's First Interrogatories and Requests for Production of Documents to Plaintiff. | 0.20 Hrs | 125/hr | $25.00 |
| 05/22/06 | JAP | Review deadlines and Propet initial disclosures. | 0.80 Hrs | 245/hr | $196.00 |
| 05/29/06 | JAP | Additional LR regarding cliams raised in lawsuit and Amendment of Counterclaim. | 0.50 Hrs | 245/hr | $122.50 |

TOTAL PROFESSIONAL SERVICES $800.50

**CARNEY**
**BADLEY**
**SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION

701 FIFTH AVENUE, SUITE 3600
SEATTLE, WA 98104-7010
FAX (206) 622-8983
TEL (206) 622-8020
TAX ID #: 91-0911710

June 9, 2006

Bill Number  75432
File Number SHU008-00001

LLOYD SHUGART

Re: PROPET USA, INC V.

## PROFESSIONAL SERVICES

| | | | |
|---|---|---|---|
| JON A. PAYNE | 2.40 Hrs | 245/hr | $588.00 |
| LAURA A. DOYLE | 1.70 Hrs | 125/hr | $212.50 |
| | 4.10 Hrs | | $800.50 |

## DISBURSEMENTS

Through May 31, 2006

| | |
|---|---|
| Legal Messenger | $5.00 |
| Copies | $4.95 |
| TOTAL DISBURSEMENTS | $9.95 |
| TOTAL THIS BILL | $810.45 |

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION

701 FIFTH AVENUE, SUITE 3600
SEATTLE, WA 98104-7010
FAX (206) 622-8983
TEL (206) 622-8020
TAX ID #: 91-0911710

**CARNEY**
**BADLEY**
**SPELLMAN**

August 10, 2006

Bill Number  77411
File Number SHU008-00001

LLOYD SHUGART
55 SO ATLANTIC
SEATTLE, WA 98134

Re: <u>**PROPET USA, INC V.**</u>

## REMITTANCE STATEMENT

Please enclose this page with your payment or include this information on your check stub.

| Bill number | Date of bill | Bill amount | Amount paid | Amount due | Amount remitted |
|---|---|---|---|---|---|
| 73022 | 03/15/06 | $7,382.60 | $0.00 | $7,382.60 | $ _____ |
| 74013 | 04/14/06 | $9,692.87 | $0.00 | $9,692.87 | $ _____ |
| 74690 | 05/10/06 | $3,657.90 | $0.00 | $3,657.90 | $ _____ |
| 75432 | 06/09/06 | $810.45 | $0.00 | $810.45 | $ _____ |
| 77992 | 09/11/06 | $2,401.00 | $0.00 | $2,401.00 | $ _____ |
| 78913 | 10/09/06 | $1,843.38 | $0.00 | $1,843.38 | $ _____ |
| 80037 | 11/10/06 | $2,009.30 | $0.00 | $2,009.30 | $ _____ |
| 81396 | 12/15/06 | $698.50 | $0.00 | $698.50 | $ _____ |
| 81866 | 01/10/07 | $294.00 | $0.00 | $294.00 | $ _____ |
| 87568 | 07/18/07 | $322.75 | $0.00 | $322.75 | $ _____ |
| 88702 | 08/20/07 | $1,325.00 | $0.00 | $1,325.00 | $ _____ |
| 89616 | 09/18/07 | $344.24 | $0.00 | $344.24 | $ _____ |
| * 77411 | 08/10/06 | $3,928.65 | $0.00 | $3,928.65 | $ _____ |

**CARNEY**
**BADLEY**
**SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION

701 FIFTH AVENUE, SUITE 3600
SEATTLE, WA 98104-7010
FAX (206) 622-8983
TEL (206) 622-8020
TAX ID #: 91-0911710

August 10, 2006

Bill Number  77411
File Number SHU008-00001

LLOYD SHUGART

TOTAL DUE          $34,710.64     $ _____

\* - Current Bill
If you have already paid any portion of the total balance, we thank you. If not, please remit
payment in full as soon as possible.

## METHOD OF PAYMENT

_____  Check or money order payable to: Carney Badley Spellman
_____  Charge my Visa  _____  or Mastercard  _____  account for   $ _____
Card # _____      Expiration date _____
Name on the account _____
Signature _____

**CARNEY**
**BADLEY**
**SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION

701 FIFTH AVENUE, SUITE 3600
SEATTLE, WA 98104-7010
FAX (206) 622-8983
TEL (206) 622-8020
TAX ID #: 91-0911710

August 10, 2006

Bill Number  77411
File Number SHU008-00001

LLOYD SHUGART
55 SO ATLANTIC
SEATTLE, WA 98134

Re: PROPET USA, INC V.

**PROFESSIONAL SERVICES**

Through July 31, 2006

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| 06/20/06 | JAP | Draft motion to extend deadline to add parties. Draft letter to J. Phillips regarding discovery responses. | 2.30 Hrs | 245/hr | $563.50 |
| 06/21/06 | JAP | Draft final draft motion to extend deadline. Telephone call with J. Phillips regarding discovery issues. Telephone conference with client. | 2.40 Hrs | 245/hr | $588.00 |
| 06/22/06 | JAP | Draft letter to J. Phillips. Review Propet's first document production. | 1.40 Hrs | 245/hr | $343.00 |
| 06/30/06 | JAP | Review case schedule. Telephone message to J. Phillips. Review areas to be supplemented in interrogatory responses. | 1.10 Hrs | 245/hr | $269.50 |
| 07/10/06 | JAP | Review interrogatory responses. Draft letter to opposing counsel. | 0.80 Hrs | 245/hr | $196.00 |
| 07/12/06 | JAP | Telephone message to J. Phillips. | 0.20 Hrs | 245/hr | $49.00 |
| 07/14/06 | JAP | Review e-mail from J. Phillips. Telephone message to J. Phillips in response. | 0.50 Hrs | 245/hr | $122.50 |
| 07/19/06 | JAP | Draft letter regarding outstanding discovery/deadline. | 0.30 Hrs | 245/hr | $73.50 |
| 07/20/06 | JAP | Review documents in preparation for discovery conference. Telephone call with N. Phillips and B. Kaser regarding discovery issues. | 1.10 Hrs | 245/hr | $269.50 |

# CARNEY
# BADLEY
# SPELLMAN

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION

701 FIFTH AVENUE, SUITE 3600
SEATTLE, WA 98104-7010
FAX (206) 622-8983
TEL (206) 622-8020
TAX ID #: 91-0911710

August 10, 2006

Bill Number  77411
File Number SHU008-00001

LLOYD SHUGART

Re: PROPET USA, INC V.

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| 07/21/06 | JAP | Draft and file second motion to extend deadline to add parties. | 0.80 Hrs | 245/hr | $196.00 |
| 07/24/06 | JAP | Review e-mail from Miller Nash. Draft e-mail to client. | 0.80 Hrs | 245/hr | $196.00 |
| 07/28/06 | JAP | Review pleadings and discovery status. | 0.80 Hrs | 245/hr | $196.00 |
| 07/31/06 | JAP | Review documents in preparation for meeting with client. Meeting with client. | 3.50 Hrs | 245/hr | $857.50 |

TOTAL PROFESSIONAL SERVICES                    $3,920.00

## PROFESSIONAL SERVICES

| | | | |
|---|---|---|---|
| JON A. PAYNE | 16.00 Hrs | 245/hr | $3,920.00 |
| | 16.00 Hrs | | $3,920.00 |

## DISBURSEMENTS

Through July 31, 2006

Fax                                                          $1.00

Copies                                                       $7.65

TOTAL DISBURSEMENTS               $8.65

**CARNEY**
**BADLEY**
**SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION

701 FIFTH AVENUE, SUITE 3600
SEATTLE, WA 98104-7010
FAX (206) 622-8983
TEL (206) 622-8020
TAX ID #: 91-0911710

August 10, 2006

Bill Number  77411
File Number SHU008-00001

LLOYD SHUGART

TOTAL THIS BILL          $3,928.65

**CARNEY
BADLEY
SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION

701 FIFTH AVENUE, SUITE 3600
SEATTLE, WA 98104-7010
FAX (206) 622-8983
TEL (206) 622-8020
TAX ID #: 91-0911710

September 11, 2006

Bill Number  77992
File Number  SHU008-00001

LLOYD SHUGART
55 SO ATLANTIC
SEATTLE, WA 98134

Re: <u>**PROPET USA, INC V.**</u>

## REMITTANCE STATEMENT

Please enclose this page with your payment or include this information on your check stub.

| Bill number | Date of bill | Bill amount | Amount paid | Amount due | Amount remitted |
|---|---|---|---|---|---|
| 73022 | 03/15/06 | $7,382.60 | $0.00 | $7,382.60 | $ _____ |
| 74013 | 04/14/06 | $9,692.87 | $0.00 | $9,692.87 | $ _____ |
| 74690 | 05/10/06 | $3,657.90 | $0.00 | $3,657.90 | $ _____ |
| 75432 | 06/09/06 | $810.45 | $0.00 | $810.45 | $ _____ |
| 77411 | 08/10/06 | $3,928.65 | $0.00 | $3,928.65 | $ _____ |
| 78913 | 10/09/06 | $1,843.38 | $0.00 | $1,843.38 | $ _____ |
| 80037 | 11/10/06 | $2,009.30 | $0.00 | $2,009.30 | $ _____ |
| 81396 | 12/15/06 | $698.50 | $0.00 | $698.50 | $ _____ |
| 81866 | 01/10/07 | $294.00 | $0.00 | $294.00 | $ _____ |
| 87568 | 07/18/07 | $322.75 | $0.00 | $322.75 | $ _____ |
| 88702 | 08/20/07 | $1,325.00 | $0.00 | $1,325.00 | $ _____ |
| 89616 | 09/18/07 | $344.24 | $0.00 | $344.24 | $ _____ |
| * 77992 | 09/11/06 | $2,401.00 | $0.00 | $2,401.00 | $ _____ |

Amounts are due thirty days after billing date. Late charges may be applied at 1.0% per month
on unpaid balances

**CARNEY
BADLEY
SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION

701 FIFTH AVENUE, SUITE 3600
SEATTLE, WA 98104-7010
FAX (206) 622-8983
TEL (206) 622-8020
TAX ID #: 91-0911710

September 11, 2006

Bill Number  77992
File Number SHU008-00001

LLOYD SHUGART

TOTAL DUE                    $34,710.64    $ _____

\* - Current Bill
If you have already paid any portion of the total balance, we thank you. If not, please remit payment in full as soon as possible.

## METHOD OF PAYMENT

_____    Check or money order payable to: Carney Badley Spellman

_____    Charge my Visa  _____    or Mastercard  _____    account for    $ _____

Card # _____    Expiration date _____

Name on the account _____

Signature _____

**CARNEY**
**BADLEY**
**SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION

701 FIFTH AVENUE, SUITE 3600
SEATTLE, WA 98104-7010
FAX (206) 622-8983
TEL (206) 622-8020
TAX ID #: 91-0911710

September 11, 2006

Bill Number  77992
File Number SHU008-00001

LLOYD SHUGART
55 SO ATLANTIC
SEATTLE, WA 98134

Re: PROPET USA, INC V.

## PROFESSIONAL SERVICES

Through August 31, 2006

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| 08/02/06 | JAP | Review records in preparation for deposition. Meeting with client. Deposition of client. | 8.60 Hrs | 245/hr | $2,107.00 |
| 08/07/06 | JAP | Review items to be provided to Propet. | 0.30 Hrs | 245/hr | $73.50 |
| 08/14/06 | JAP | Telephone conference with B. Kaser regarding discovery. | 0.20 Hrs | 245/hr | $49.00 |
| 08/30/06 | JAP | Draft Motion for Extension;  telephone call with B. Kaser regarding outstanding discovery. | 0.70 Hrs | 245/hr | $171.50 |

TOTAL PROFESSIONAL SERVICES $2,401.00

## PROFESSIONAL SERVICES

| JON A. PAYNE | 9.80 Hrs | 245/hr | $2,401.00 |
|--------------|----------|--------|-----------|
| | 9.80 Hrs | | $2,401.00 |

**CARNEY**
**BADLEY**
**SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION

701 FIFTH AVENUE, SUITE 3600
SEATTLE, WA 98104-7010
FAX (206) 622-8983
TEL (206) 622-8020
TAX ID #: 91-0911710

September 11, 2006

Bill Number  77992
File Number SHU008-00001

LLOYD SHUGART

TOTAL THIS BILL          $2,401.00

**CARNEY**
**BADLEY**
**SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION

701 FIFTH AVENUE, SUITE 3600
SEATTLE, WA 98104-7010
FAX (206) 622-8983
TEL (206) 622-8020
TAX ID #: 91-0911710

October 9, 2006

Bill Number 78913
File Number SHU008-00001

LLOYD SHUGART
55 SO ATLANTIC
SEATTLE, WA 98134

Re: <u>**PROPET USA, INC V.**</u>

## REMITTANCE STATEMENT

Please enclose this page with your payment or include this information on your check stub.

| Bill number | Date of bill | Bill amount | Amount paid | Amount due | Amount remitted |
|---|---|---|---|---|---|
| 73022 | 03/15/06 | $7,382.60 | $0.00 | $7,382.60 | $ |
| 74013 | 04/14/06 | $9,692.87 | $0.00 | $9,692.87 | $ |
| 74690 | 05/10/06 | $3,657.90 | $0.00 | $3,657.90 | $ |
| 75432 | 06/09/06 | $810.45 | $0.00 | $810.45 | $ |
| 77411 | 08/10/06 | $3,928.65 | $0.00 | $3,928.65 | $ |
| 77992 | 09/11/06 | $2,401.00 | $0.00 | $2,401.00 | $ |
| 80037 | 11/10/06 | $2,009.30 | $0.00 | $2,009.30 | $ |
| 81396 | 12/15/06 | $698.50 | $0.00 | $698.50 | $ |
| 81866 | 01/10/07 | $294.00 | $0.00 | $294.00 | $ |
| 87568 | 07/18/07 | $322.75 | $0.00 | $322.75 | $ |
| 88702 | 08/20/07 | $1,325.00 | $0.00 | $1,325.00 | $ |
| 89616 | 09/18/07 | $344.24 | $0.00 | $344.24 | $ |
| * 78913 | 10/09/06 | $1,843.38 | $0.00 | $1,843.38 | $ |

# CARNEY
# BADLEY
# SPELLMAN

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION

701 FIFTH AVENUE, SUITE 3600
SEATTLE, WA 98104-7010
FAX (206) 622-8983
TEL (206) 622-8020
TAX ID #: 91-0911710

October 9, 2006

Bill Number  78913
File Number SHU008-00001

LLOYD SHUGART

TOTAL DUE      $34,710.64    $ _____

\* - Current Bill

If you have already paid any portion of the total balance, we thank you. If not, please remit payment in full as soon as possible.

## METHOD OF PAYMENT

\_\_\_\_  Check or money order payable to: Carney Badley Spellman

\_\_\_\_  Charge my Visa  \_\_\_\_  or Mastercard  \_\_\_\_  account for  $ _____

Card # _____  Expiration date _____

Name on the account _____

Signature _____

**CARNEY
BADLEY
SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION

701 FIFTH AVENUE, SUITE 3600
SEATTLE, WA 98104-7010
FAX (206) 622-8983
TEL (206) 622-8020
TAX ID #: 91-0911710

October 9, 2006

Bill Number  78913
File Number SHU008-00001

LLOYD SHUGART
55 SO ATLANTIC
SEATTLE, WA 98134

Re: PROPET USA, INC V.

**PROFESSIONAL SERVICES**

Through September 30, 2006

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| 09/10/06 | JAP | Review letter from B. Kaser and file. | 1.20 Hrs | 245/hr | $294.00 |
| 09/11/06 | JAP | Review supplemental discovery responses. | 0.60 Hrs | 245/hr | $147.00 |
| 09/12/06 | JAP | Review case regarding implied license. | 0.20 Hrs | 245/hr | $49.00 |
| 09/18/06 | JAP | Review updated information from Propet. | 0.90 Hrs | 245/hr | $220.50 |
| 09/19/06 | JAP | Continue reviewing prior interrogatory requests and responses. | 1.30 Hrs | 245/hr | $318.50 |
| 09/20/06 | JAP | Telephone message to B. Kaser. Telephone conference with B. Kaser regarding outstanding discovery. | 0.50 Hrs | 245/hr | $122.50 |
| 09/26/06 | JAP | Telephone message to client. | 0.20 Hrs | 245/hr | $49.00 |

TOTAL PROFESSIONAL SERVICES          $1,200.50

# CARNEY
# BADLEY
# SPELLMAN

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION

701 FIFTH AVENUE, SUITE 3600
SEATTLE, WA 98104-7010
FAX (206) 622-8983
TEL (206) 622-8020
TAX ID #: 91-0911710

October 9, 2006

Bill Number  78913
File Number SHU008-00001

LLOYD SHUGART

Re: PROPET USA, INC V.

## PROFESSIONAL SERVICES

| | | | |
|---|---|---|---|
| JON A. PAYNE | 4.90 Hrs | 245/hr | $1,200.50 |
| | 4.90 Hrs | | $1,200.50 |

## DISBURSEMENTS

Through September 30, 2006

Deposition services, court reporting

| | | |
|---|---|---|
| 08/22/06 Deposition of L. Shugart - Seattle Deposition Reporters | 581.50 | |
| | | $581.50 |
| Computer Research | | $61.38 |
| TOTAL DISBURSEMENTS | | $642.88 |
| TOTAL THIS BILL | | $1,843.38 |

**CARNEY
BADLEY
SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION

701 FIFTH AVENUE, SUITE 3600
SEATTLE, WA 98104-7010
FAX (206) 622-8983
TEL (206) 622-8020
TAX ID #: 91-0911710

November 10, 2006

Bill Number  80037
File Number  SHU008-00001

LLOYD SHUGART
55 SO ATLANTIC
SEATTLE, WA 98134

Re: <u>**PROPET USA, INC V.**</u>

## REMITTANCE STATEMENT

Please enclose this page with your payment or include this information on your check stub.

| Bill number | Date of bill | Bill amount | Amount paid | Amount due | Amount remitted |
|---|---|---|---|---|---|
| 73022 | 03/15/06 | $7,382.60 | $0.00 | $7,382.60 | $ _____ |
| 74013 | 04/14/06 | $9,692.87 | $0.00 | $9,692.87 | $ _____ |
| 74690 | 05/10/06 | $3,657.90 | $0.00 | $3,657.90 | $ _____ |
| 75432 | 06/09/06 | $810.45 | $0.00 | $810.45 | $ _____ |
| 77411 | 08/10/06 | $3,928.65 | $0.00 | $3,928.65 | $ _____ |
| 77992 | 09/11/06 | $2,401.00 | $0.00 | $2,401.00 | $ _____ |
| 78913 | 10/09/06 | $1,843.38 | $0.00 | $1,843.38 | $ _____ |
| 81396 | 12/15/06 | $698.50 | $0.00 | $698.50 | $ _____ |
| 81866 | 01/10/07 | $294.00 | $0.00 | $294.00 | $ _____ |
| 87568 | 07/18/07 | $322.75 | $0.00 | $322.75 | $ _____ |
| 88702 | 08/20/07 | $1,325.00 | $0.00 | $1,325.00 | $ _____ |
| 89616 | 09/18/07 | $344.24 | $0.00 | $344.24 | $ _____ |
| * 80037 | 11/10/06 | $2,009.30 | $0.00 | $2,009.30 | $ _____ |

Amounts are due thirty days after billing date. Late charges may be applied at 1.0% per month
on unpaid balances

**CARNEY**
**BADLEY**
**SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION

701 FIFTH AVENUE, SUITE 3600
SEATTLE, WA 98104-7010
FAX (206) 622-8983
TEL (206) 622-8020
TAX ID #: 91-0911710

November 10, 2006

Bill Number  80037
File Number SHU008-00001

LLOYD SHUGART

TOTAL DUE                                    $34,710.64      $ _____

\* - Current Bill

If you have already paid any portion of the total balance, we thank you. If not, please remit payment in full as soon as possible.

## METHOD OF PAYMENT

_____    Check or money order payable to: Carney Badley Spellman

_____    Charge my Visa _____    or Mastercard _____    account for    $ _____

Card # _____    Expiration date _____

Name on the account _____

Signature _____

**CARNEY
BADLEY
SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION

701 FIFTH AVENUE, SUITE 3600
SEATTLE, WA 98104-7010
FAX (206) 622-8983
TEL (206) 622-8020
TAX ID #: 91-0911710

November 10, 2006

Bill Number  80037
File Number SHU008-00001

LLOYD SHUGART
55 SO ATLANTIC
SEATTLE, WA 98134

Re: PROPET USA, INC V.

**PROFESSIONAL SERVICES**

Through October 31, 2006

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| 10/09/06 | JAP | Telephone call with client. | 0.30 Hrs | 245/hr | $73.50 |
| 10/11/06 | JAP | Review materials in preparation for meeting with client. Meeting with client. Review correspondence with B. Kasser. Draft letter regarding deficiencies. | 2.70 Hrs | 245/hr | $661.50 |
| 10/16/06 | JAP | Revise letter to B. Kaser. Review additional deficiencies in discovery responses. | 1.60 Hrs | 245/hr | $392.00 |
| 10/18/06 | JAP | Review case schedule. Compile suggested deadline extensions. | 0.70 Hrs | 245/hr | $171.50 |
| 10/22/06 | JAP | Review notes from CR 37 conference. Draft followup to prior letter regarding discovery deficiencies. | 0.90 Hrs | 245/hr | $220.50 |
| 10/23/06 | JAP | Review correspondence with Kaser. CR 37 conference with B. Kaser and J. Phillips. | 0.90 Hrs | 245/hr | $220.50 |
| 10/26/06 | JAP | Begin drafting Non-Disclosure Agreement. | 0.60 Hrs | 245/hr | $147.00 |
| 10/29/06 | JAP | Continue drafting Non-Disclosure Agreement. | 0.50 Hrs | 245/hr | $122.50 |

TOTAL PROFESSIONAL SERVICES          $2,009.00

**CARNEY**
**BADLEY**
**SPELLMAN**

November 10, 2006

Bill Number  80037
File Number SHU008-00001

LLOYD SHUGART

Re: PROPET USA, INC V.

**PROFESSIONAL SERVICES**

| | | | |
|---|---|---|---|
| JON A. PAYNE | 8.20 Hrs | 245/hr | $2,009.00 |
| | 8.20 Hrs | | $2,009.00 |

**DISBURSEMENTS**

Through October 31, 2006

Copies $0.30

TOTAL DISBURSEMENTS $0.30

TOTAL THIS BILL $2,009.30

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION

701 FIFTH AVENUE, SUITE 3600
SEATTLE, WA 98104-7010
FAX (206) 622-8983
TEL (206) 622-8020
TAX ID #: 91-0911710

December 15, 2006

Bill Number  81396
File Number SHU008-00001

LLOYD SHUGART
55 SO ATLANTIC
SEATTLE, WA 98134

Re: <u>**PROPET USA, INC V.**</u>

## REMITTANCE STATEMENT

Please enclose this page with your payment or include this information on your check stub.

| Bill number | Date of bill | Bill amount | Amount paid | Amount due | Amount remitted |
|---|---|---|---|---|---|
| 73022 | 03/15/06 | $7,382.60 | $0.00 | $7,382.60 | $ _____ |
| 74013 | 04/14/06 | $9,692.87 | $0.00 | $9,692.87 | $ _____ |
| 74690 | 05/10/06 | $3,657.90 | $0.00 | $3,657.90 | $ _____ |
| 75432 | 06/09/06 | $810.45 | $0.00 | $810.45 | $ _____ |
| 77411 | 08/10/06 | $3,928.65 | $0.00 | $3,928.65 | $ _____ |
| 77992 | 09/11/06 | $2,401.00 | $0.00 | $2,401.00 | $ _____ |
| 78913 | 10/09/06 | $1,843.38 | $0.00 | $1,843.38 | $ _____ |
| 80037 | 11/10/06 | $2,009.30 | $0.00 | $2,009.30 | $ _____ |
| 81866 | 01/10/07 | $294.00 | $0.00 | $294.00 | $ _____ |
| 87568 | 07/18/07 | $322.75 | $0.00 | $322.75 | $ _____ |
| 88702 | 08/20/07 | $1,325.00 | $0.00 | $1,325.00 | $ _____ |
| 89616 | 09/18/07 | $344.24 | $0.00 | $344.24 | $ _____ |
| * 81396 | 12/15/06 | $698.50 | $0.00 | $698.50 | $ _____ |

Amounts are due thirty days after billing date. Late charges may be applied at 1.0% per month
on unpaid balances

# CARNEY
# BADLEY
# SPELLMAN

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION

701 FIFTH AVENUE, SUITE 3600
SEATTLE, WA 98104-7010
FAX (206) 622-8983
TEL (206) 622-8020
TAX ID #: 91-0911710

December 15, 2006

Bill Number  81396
File Number SHU008-00001

LLOYD SHUGART

TOTAL DUE                    $34,710.64     $ _____

\* - Current Bill

If you have already paid any portion of the total balance, we thank you. If not, please remit payment in full as soon as possible.

## METHOD OF PAYMENT

_____    Check or money order payable to: Carney Badley Spellman

_____    Charge my Visa _____ or Mastercard _____ account for $ _____

Card # _____    Expiration date _____

Name on the account _____

Signature _____

**CARNEY**
**BADLEY**
**SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION

701 FIFTH AVENUE, SUITE 3600
SEATTLE, WA 98104-7010
FAX (206) 622-8983
TEL (206) 622-8020
TAX ID #: 91-0911710

December 15, 2006

Bill Number  81396
File Number SHU008-00001

LLOYD SHUGART
55 SO ATLANTIC
SEATTLE, WA 98134

Re: PROPET USA, INC V.

## PROFESSIONAL SERVICES

Through November 30, 2006

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| 11/03/06 | JAP | Review interrogatories. Revise agreed motion. | 1.20 Hrs | 245/hr | $294.00 |
| 11/07/06 | JAP | Telephone message to B. Kaser. Telephone message to J. Phillips. Review case schedule. | 0.40 Hrs | 245/hr | $98.00 |
| 11/08/06 | JAP | Telephone message to J. Phillips. Telephone message to B. Kaser regarding discovery. | 0.30 Hrs | 245/hr | $73.50 |
| 11/14/06 | JAP | Review letter. Telephone message to B. Kaser. | 0.60 Hrs | 245/hr | $147.00 |
| 11/16/06 | JAP | Exchange e-mails with B. Kaser. | 0.20 Hrs | 245/hr | $49.00 |
| 11/27/06 | JAP | File Motion regarding Extension of Deadlines. | 0.10 Hrs | 245/hr | $24.50 |

TOTAL PROFESSIONAL SERVICES              $686.00

# CARNEY
# BADLEY
# SPELLMAN

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION

701 FIFTH AVENUE, SUITE 3600
SEATTLE, WA 98104-7010
FAX (206) 622-8983
TEL (206) 622-8020
TAX ID #: 91-0911710

December 15, 2006

Bill Number  81396
File Number SHU008-00001

LLOYD SHUGART

Re: PROPET USA, INC V.

## PROFESSIONAL SERVICES

| | | | |
|---|---|---|---|
| JON A. PAYNE | 2.80 Hrs | 245/hr | $686.00 |
| | 2.80 Hrs | | $686.00 |

## DISBURSEMENTS

Through November 30, 2006

| | |
|---|---|
| Fax | $8.00 |
| Copies | $4.50 |
| TOTAL DISBURSEMENTS | $12.50 |
| TOTAL THIS BILL | $698.50 |

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION

701 FIFTH AVENUE, SUITE 3600
SEATTLE, WA 98104-7010
FAX (206) 622-8983
TEL (206) 622-8020
TAX ID #: 91-0911710

**CARNEY**
**BADLEY**
**SPELLMAN**

January 10, 2007

Bill Number  81866
File Number SHU008-00001

LLOYD SHUGART
55 SO ATLANTIC
SEATTLE, WA 98134

Re: **PROPET USA, INC V.**

## REMITTANCE STATEMENT

Please enclose this page with your payment or include this information on your check stub.

| Bill number | Date of bill | Bill amount | Amount paid | Amount due | Amount remitted |
|---|---|---|---|---|---|
| 73022 | 03/15/06 | $7,382.60 | $0.00 | $7,382.60 | $ _____ |
| 74013 | 04/14/06 | $9,692.87 | $0.00 | $9,692.87 | $ _____ |
| 74690 | 05/10/06 | $3,657.90 | $0.00 | $3,657.90 | $ _____ |
| 75432 | 06/09/06 | $810.45 | $0.00 | $810.45 | $ _____ |
| 77411 | 08/10/06 | $3,928.65 | $0.00 | $3,928.65 | $ _____ |
| 77992 | 09/11/06 | $2,401.00 | $0.00 | $2,401.00 | $ _____ |
| 78913 | 10/09/06 | $1,843.38 | $0.00 | $1,843.38 | $ _____ |
| 80037 | 11/10/06 | $2,009.30 | $0.00 | $2,009.30 | $ _____ |
| 81396 | 12/15/06 | $698.50 | $0.00 | $698.50 | $ _____ |
| 87568 | 07/18/07 | $322.75 | $0.00 | $322.75 | $ _____ |
| 88702 | 08/20/07 | $1,325.00 | $0.00 | $1,325.00 | $ _____ |
| 89616 | 09/18/07 | $344.24 | $0.00 | $344.24 | $ _____ |
| * 81866 | 01/10/07 | $294.00 | $0.00 | $294.00 | $ _____ |

**CARNEY**
**BADLEY**
**SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION

701 FIFTH AVENUE, SUITE 3600
SEATTLE, WA 98104-7010
FAX (206) 622-8983
TEL (206) 622-8020
TAX ID #: 91-0911710

January 10, 2007

Bill Number  81866
File Number SHU008-00001

LLOYD SHUGART

TOTAL DUE              $34,710.64      $ _____

\* - Current Bill

If you have already paid any portion of the total balance, we thank you. If not, please remit payment in full as soon as possible.

## METHOD OF PAYMENT

_____    Check or money order payable to: Carney Badley Spellman

_____    Charge my Visa  _____  or Mastercard  _____  account for  $ _____

Card # _____        Expiration date _____

Name on the account _____

Signature _____

**CARNEY**
**BADLEY**
**SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION

701 FIFTH AVENUE, SUITE 3600
SEATTLE, WA 98104-7010
FAX (206) 622-8983
TEL (206) 622-8020
TAX ID #: 91-0911710

January 10, 2007

Bill Number 81866
File Number SHU008-00001

LLOYD SHUGART
55 SO ATLANTIC
SEATTLE, WA 98134

Re: PROPET USA, INC V.

## PROFESSIONAL SERVICES

Through December 31, 2006

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| 12/11/06 | JAP | Draft and file Motion for Reconsideration. Two telephone conferences with Propet attorney regarding same. | 0.70 Hrs | 245/hr | $171.50 |
| 12/12/06 | JAP | Review e-mails from client. | 0.50 Hrs | 245/hr | $122.50 |
| | | TOTAL PROFESSIONAL SERVICES | | | $294.00 |

## PROFESSIONAL SERVICES

| JON A. PAYNE | 1.20 Hrs | 245/hr | $294.00 |
|--------------|----------|--------|---------|
| | 1.20 Hrs | | $294.00 |

TOTAL THIS BILL $294.00

**CARNEY**
**BADLEY**
**SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION

701 FIFTH AVENUE, SUITE 3600
SEATTLE, WA 98104-7010
FAX (206) 622-8983
TEL (206) 622-8020
TAX ID #: 91-0911710

January 10, 2007

Bill Number  81866
File Number SHU008-00001

LLOYD SHUGART

**CARNEY
BADLEY
SPELLMAN**

August 20, 2007

Bill Number  88702
File Number SHU008-00001

LLOYD SHUGART
55 SO ATLANTIC
SEATTLE, WA 98134

Re: <u>**PROPET USA, INC V.**</u>

## REMITTANCE STATEMENT

Please enclose this page with your payment or include this information on your check stub.

| Bill number | Date of bill | Bill amount | Amount paid | Amount due | Amount remitted |
|---|---|---|---|---|---|
| 73022 | 03/15/06 | $7,382.60 | $0.00 | $7,382.60 | $ _____ |
| 74013 | 04/14/06 | $9,692.87 | $0.00 | $9,692.87 | $ _____ |
| 74690 | 05/10/06 | $3,657.90 | $0.00 | $3,657.90 | $ _____ |
| 75432 | 06/09/06 | $810.45 | $0.00 | $810.45 | $ _____ |
| 77411 | 08/10/06 | $3,928.65 | $0.00 | $3,928.65 | $ _____ |
| 77992 | 09/11/06 | $2,401.00 | $0.00 | $2,401.00 | $ _____ |
| 78913 | 10/09/06 | $1,843.38 | $0.00 | $1,843.38 | $ _____ |
| 80037 | 11/10/06 | $2,009.30 | $0.00 | $2,009.30 | $ _____ |
| 81396 | 12/15/06 | $698.50 | $0.00 | $698.50 | $ _____ |
| 81866 | 01/10/07 | $294.00 | $0.00 | $294.00 | $ _____ |
| 87568 | 07/18/07 | $322.75 | $0.00 | $322.75 | $ _____ |
| 89616 | 09/18/07 | $344.24 | $0.00 | $344.24 | $ _____ |
| * 88702 | 08/20/07 | $1,325.00 | $0.00 | $1,325.00 | $ _____ |

Amounts are due thirty days after billing date. Late charges may be applied at 1.0% per month
on unpaid balances

**CARNEY**
**BADLEY**
**SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION

701 FIFTH AVENUE, SUITE 3600
SEATTLE, WA 98104-7010
FAX (206) 622-8983
TEL (206) 622-8020
TAX ID #: 91-0911710

August 20, 2007

Bill Number  88702
File Number SHU008-00001

LLOYD SHUGART

TOTAL DUE $34,710.64 $ _____

\* - Current Bill
If you have already paid any portion of the total balance, we thank you. If not, please remit
payment in full as soon as possible.

## METHOD OF PAYMENT

_____ Check or money order payable to: Carney Badley Spellman

_____ Charge my Visa _____ or Mastercard _____ account for $ _____

Card # _____ Expiration date _____

Name on the account _____

Signature _____

# CARNEY
# BADLEY
# SPELLMAN

August 20, 2007

Bill Number  88702
File Number SHU008-00001

LLOYD SHUGART
55 SO ATLANTIC
SEATTLE, WA 98134

Re: PROPET USA, INC V.

**PROFESSIONAL SERVICES**

Through July 31, 2007

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| 01/05/07 | JAP | Telephone conference with P. Mann regarding case. | 0.50 Hrs | 260/hr | $130.00 |
| 01/18/07 | JAP | Compile file materials for transfer of file to Philip Mann's office. | 2.60 Hrs | 260/hr | $676.00 |
| 01/19/07 | JAP | Work on file transfer. | 0.60 Hrs | 260/hr | $156.00 |
| 03/29/07 | JAP | Review file regarding declaration. Review e-mails. Review Declaration. | 1.20 Hrs | 260/hr | $312.00 |

TOTAL PROFESSIONAL SERVICES          $1,274.00

**PROFESSIONAL SERVICES**

| JON A. PAYNE | 4.90 Hrs | 260/hr | $1,274.00 |
|---|---|---|---|
| | 4.90 Hrs | | $1,274.00 |

**CARNEY**
**BADLEY**
**SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION

701 FIFTH AVENUE, SUITE 3600
SEATTLE, WA 98104-7010
FAX (206) 622-8983
TEL (206) 622-8020
TAX ID #: 91-0911710

August 20, 2007

Bill Number  88702
File Number SHU008-00001

LLOYD SHUGART

Re: PROPET USA, INC V.

**DISBURSEMENTS**

Through July 31, 2007

| | |
|---|---:|
| Legal Messenger | $45.00 |
| Copies | $6.00 |
| TOTAL DISBURSEMENTS | $51.00 |
| TOTAL THIS BILL | $1,325.00 |

CARNEY
BADLEY
SPELLMAN

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION

701 5th AVENUE, #3600
SEATTLE, WA 98104-7010

Fax: (206) 467-8215
Phone: (206) 622-8020

July 18, 2007

Bill Number 87568
File Number SHU008.1

Carney Badley Spellman invoice terms are net due 30 days from bill date. As shown on the enclosed statement, you have a past due balance which generated the late charge shown below.

Please remit the balance due as soon as possible to avoid further late charges.

Late charges of 1% on past due balance                    $322.75

CARNEY
BADLEY
SPELLMAN

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION

701 5th AVENUE, #3600
SEATTLE, WA 98104-7010

Fax: (206) 467-8215
Phone: (206) 622-8020

August 20, 2007

Bill Number 88611
File Number SHU008.1

Carney Badley Spellman invoice terms are net due 30 days from bill date.  As shown on the enclosed statement, you have a past due balance which generated the late charge shown below.

Please remit the balance due as soon as possible to avoid further late charges.

Late charges of 1% on past due balance                    $322.75