Hon. Mary Alice Theiler

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PROPET USA, INC., <br><br> Plaintiff, <br><br> v. <br><br> LLOYD SHUGART, <br><br> Defendant. | No. C06-0186-MAT <br><br> ~~STIPULATED MOTION AND~~ **ORDER EXONERATING BOND** <br><br> Noted: May 14, 2009 |

The parties, by and through their undersigned counsel, hereby stipulate that the above-captioned matter has settled and been dismissed, and that the bond securing judgment in relation to these appeals may be exonerated.

They request that this Court enter an order stating that the bond is hereby exonerated.

A copy of the bond to be exonerated, bond number SH7210, is attached.

Dated this 14th day of May, 2009.

    */s/ Philip A. Talmadge*
Philip A. Talmadge, WSBA # 6973
Attorney for Appellant/Cross-Appellee
Propét USA Inc.

    */s/ Philp P. Mann*
Philip P. Mann, WSBA # 28860
Attorney for Appellee/Cross-Appellant
Lloyd Shugart

~~Stipulated Motion~~
~~for~~ **Order Exonerating Bond-** 1

TALMADGE / FITZPATRICK
18010 SOUTHCENTER PARKWAY
TUKWILA, WASHINGTON 98188
(206) 574-6661  (206) 575-1397 FAX

THIS COURT having reviewed the stipulated motion, ORDERS that the supersedeas bond filed in the above-captioned case is hereby exonerated.

DONE IN OPEN COURT this 14th day of May, 2009.

<u>s/ Mary Alice Theiler</u>
United States Magistrate Judge

Presented by:


*/s/ Philip P. Mann*
Philip P. Mann, WSBA #28860
Mann Law Group
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
Phone: (206) 274-5100

John E Whitaker, WSBA #28868
Whitaker Law Group
755 Winslow Way E., Suite 100
Bainbridge Is, WA 98110-2483
Phone: 206-319-1575

Attorneys for Defendant Lloyd Shugart

~~Stipulated Motion~~
~~for~~ **Order Exonerating Bond-** 2

TALMADGE / FITZPATRICK
18010 SOUTHCENTER PARKWAY
TUKWILA, WASHINGTON 98188
(206) 574-6661  (206) 575-1397 FAX